IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE,

Plaintiff(s),

v.

JACOB JOSEPH LEW,

Defendant(s).

---

ORDER SETTING STATUS CONFERENCE
FOR PRO SE PLAINTIFF

---

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge entered by Judge R. Brooke Jackson on December 29, 2014 (Docket No. 3).

IT IS HEREBY ORDERED that plaintiff shall forthwith serve the defendant. It is further

ORDERED that a Status Conference shall be held on:

January 28, 2015, at 10:00 a.m.
in Courtroom A-502,
Fifth Floor,
Alfred A. Arraj U.S. Courthouse,
901 19th Street,
Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.**

**Plaintiff is advised that failure to appear for this conference may very well**

**result in the imposition of sanctions, which could include a recommendation that this action be dismissed with prejudice.**

THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 30th day of December, 2014.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge