# Keith Wayne

454 Buckeye Ave
Easton, Colorado.
[80615 ]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Registered Mail #RA

CASE# 14-CV-03405 RBJ-MJW

Dear Judge R. Brooke Jackson;

    This is a formal request to restrict the first filing in the case for personal information not redacted. I am requesting this document to be restricted at the highest level (judge only). The personal information contained are SSN's and in this day an age of digital and credit theft, I request this restriction be completed. The document also shows extra pages and out of order (the backs of the pages were scanned) as I did not inform the clerk at the time of submittal to ignore the back of the pages. I did number the pages, however, did not make that formal request at the time of submitting the case paperwork

    Please let me know if there is anything else that is required.

Respectfully,

_Keith Wayne_
Keith Wayne