# Keith Wayne

### 454 Buckeye Ave Eaton, CO
### [80615]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 8 - 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]


Dear Clerk;

      Please file this updated Libel of Review in the case jacket of Article III case _14-CV-03405_    This is update contain redacted material that was not redacted in the previous version and is required for the request to the Judge for restriction of previous version.


Keith Wayne

| | |
|---|---|
| Keith Wayne<br><br>v.<br><br><br>Jacob Joseph LEW | **Libel of Review**<br><br>- common law counterclaim in admiralty -<br>- notice lis pendens and -<br>- verified statement of right -<br><br>Re: God-given unalienable rights in the<br>original estate - Article III; Constitution |

**Comes now** Keith Wayne of the HUGHES family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jacob Joseph LEW has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Keith W. HUGHES, KEITH WAYNE HUGHES, Jacob Joseph LEW, Henry Paulson, John Snow etc.)

"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes

the protocol:

> **"Place for filing notice; form.** Place for filing. The notice referred to in subsection (a) shall be filed — with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Jacob Joseph LEW, acting as "City METRO officer — US Governor for the International Monetary Fund" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, **"Transfer of government."**)

The district court for the District of Colorado has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Keith Wayne fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

> **"Form.** The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag:** Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

## Cause of action

Agents of Jacob Joseph LEW began processing a recent tax return correctly but instead incorrectly processed the return as frivolous and attached a fine instead. Keith Wayne began redeeming lawful money by demand halfway through tax year 2013 and this is reflected accurately on his tax return. Apparently the IRS agent the return was deferred is presuming that redemption according to the Federal Reserve Act §16 is not a remedy from fractional lending and elastic currency. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Keith Wayne is and always would have exercised right to handle lawful money had the option ever been presented in good faith. Any contract based in endorsement is naked and void any consideration; therefore it is invalid. The subject presentment utilized for the claim was regular enough but Keith Wayne wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Jacob Joseph LEW in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

## Verified statement of right

Keith Wayne owns the house, all property and land free and clear registered in his name and any variation thereof.

## Stipulation of acceptable answer

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Jacob Joseph LEW must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Keith Wayne" or any pseudonym through which Keith Wayne may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado subsequently replaced by Gregory Langham) obfuscated remedy by denying proper

pg3

certificates so Jacob Joseph LEW and anyone else for that matter can easily research case history against Keith Wayne or any legal name. Jacob Joseph LEW may call (303) 844-3433 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the Jacob Joseph LEW is moving on a valid claim and judgment in the district court then the Jacob Joseph LEW knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Jacob Joseph LEW cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Keith Wayne according to the notice on the face of the summons.

### Stipulation of remedy

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Keith Wayne's wife, Nancy Kay may use this evidence repository for any future refusals for cause as well. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Keith Wayne**
**454 Buckeye Avenue**
**Eaton, Colorado.**
**[80615]**

pg 4

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
      [80294]

Registered mail # RA XXX XXX XXX US

Dear clerk;

      Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

      My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

                                       *example*
                                      Keith Wayne

Presenter's name
Address
Anywhere, State.
      [presenter's code]

Registered mail # RA XXX XXX XXX US

      Jacob Joseph LEW and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Jacob Joseph LEW and all principals and agents are left with their remedy:

      **COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Jacob Joseph LEW (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Jacob Joseph LEW or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Jacob Joseph LEW or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

pg5

### Stipulation regarding character and residential address

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Keith Wayne is not Pro Se and is not representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Keith Wayne retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Jacob Joseph LEW, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Keith Wayne is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Keith Wayne's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Keith Wayne Pro Se - to imply that Keith Wayne is representing himself before the district court. Keith Wayne is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the Tenth Circuit Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

> *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and <u>are redeemable</u> in lawful money.* And, **US v Ware; 608 F.2d 400**

> <u>*United States notes shall be lawful money*</u>, *and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Keith Wayne has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and

private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

"BANKRUPTCY. The state or condition of a bankrupt.
2. Bankrupt laws are an encroachment upon the common law. The first in England was ..."
*Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Keith Wayne is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Jacob Joseph LEW is clearly the debtor and Keith Wayne is clearly creditor. Keith Wayne is framing the accusation of fraud by omission in that if Keith Wayne had known about redeeming lawful money in good faith Keith Wayne would have been doing so since Keith Wayne's first paycheck ever!

### No magistrates

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "Keith Wayne" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. Jacob Joseph LEW is provided with information to check for case histories
2) presentment from Jacob Joseph LEW through agency of Rick FISCHER and Mr. RIVERA on or around November 10, 2014 refused for cause. The red ink original refusal is in the counterclaim served upon Jacob Joseph LEW. The original counterclaim filed in the district court has a copy of the refusal. Also evidence of compliance with §16 of the Federal Reserve Act is attached as non-endorsement for a paycheck to both Keith Wayne and Nancy Kay in the amount of $1730.00. Copies are going to involved agents.
3) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
4) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
5) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555
6) if possible a copy of the Withdrawal Slip or Signature Card associated with the US court filing fee has been attached.

*Keith Wayne* [signature]
454 Buckeye Avenue
Eaton, Colorado. [80615]

# Addresses

United States District Court           (303) 844-3433
for the District of Colorado
901 19th Street - A105
Denver, Colorado.
      [80294]

Keith Wayne                   (214) 673-7578
454 Buckeye Avenue
Eaton, Colorado.
      [80615]

Jacob Joseph LEW            (202) 622-2000
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia.
      [20220]

Rick FISCHER #1000227042       (303) 603-4622
1999 Broadway, MS 1005 DEN
Denver, Colorado.
      [80202]

Unnamed Agent – Caller ID# 029320 and #888197    (800) 829-0922
Austin, Texas.
      [73301-0010]

Regina YOUNG              (800) 829-8374
Stop 6526 (AM CIS)
Kansas City, MO 64999-0025

Layne Carver                 (866) 883-0235
Operations Manager Exam SC Support     Employee id#
1973 N. Rulon White Blvd           1000099691
M/S 4210
Ogden, UT
      [84404-0040]

p9

ATTACHMENTS



EDITH ████████████

53-7980/2631

5996

Pay to the Order of Keith and Nancy Hughes  $ 1,7██

One thousand seven hundred ████ Dollars

Edith ████

5996

Redeemed in lawful money:
per 12 USC 411
Keith Wayne Hughes

Redeemed in lawful money:
per 12 USC 411
Nancy Kay dba
Nancy Kay Hughes

 

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0010



| Notice | CP15 |
|---|---|
| Tax Year | 2013 |
| Notice date | December 8, 2014 |
| Social Security number | ▓▓-3597 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 039320 |
| Page 1 of 2 | 18H |

074043.357628.293847.10607 1 AV 0.381 538



074043

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217

## REFUSAL FOR CAUSE

## Notice of Penalty Charge

666

You have been charged a penalty for the following reason: Civil Penalty for Frivolous Tax Returns.

## TAX STATEMENT

| Prior Balance | $0.00 |
|---|---|
| Penalty Assessment | $5,000.00 |
| Interest | $0.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$5,000.00** |

Continued on back...

 



**Payment**

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217

| Notice | CP15 |
|---|---|
| Notice date | December 8, 2014 |
| Social Security number | ▓▓-3597 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (▓▓▓3597), the tax year (2013), and the form numb▓▓▓▓PEN) on your payment and any correspondence.

Amount due by December 18, 2014

$5,000.00

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0010

250453597 RY HUGH 55 0 201312 670 00000500000



We charged you a penalty under IRC section 6702(a) for filing a frivolous tax return. The penalty applies when a person files what purports to be a return but—

A.

1. fails to include information on which the substantial correctness of the self-assessment may be judged or
2. includes information that on its face indicates that the self-assessment is substantially incorrect and

B.

1. the penalty applies when the underlying conduct in relation to filing such return is based on a position that the Internal Revenue Service has identified as frivolous (see Notice 2007-30) or
2. the underlying conduct reflects a desire to delay or impede the administration of Federal tax laws.

The penalty is $5,000 for each person who files a frivolous tax return.

If you wish to contest the assertion of this penalty, you must fully pay the entire penalty and file a claim for refund with the IRS within three years from the time a return associated with the penalty was filed or two years from the date the penalty was paid, whichever period expires later.

If your refund claim is pending for six months or more and the IRS has not issued a notice of claim disallowance with regard to the claim, you may file suit in the United States District Court or United States Court of Federal Claims to contest the assertion of the penalty at any time. Once the IRS issues a notice of claim disallowance, however, you must file suit in the United States District Court or The United States Court of Federal Claims within two years of the date the IRS mails a notice of disallowance to you denying the refund claim.

For tax forms, instructions and information visit www.irs.gov. Access to this site will not provide you with any taxpayer account information.

---

 
IRS


**Contact information**

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217

| Notice | CP15 |
| --- | --- |
| Notice date | December 8, 2014 |
| Social Security number | ███-3597 |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (███-3597), the tax year (2013), and the form number (CVL PEN) on any correspondence.

|  | ☐ a.m. |  |  | ☐ a.m. |
| --- | --- | --- | --- | --- |
|  | ☐ p.m. |  |  | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone |  | Best time to call |

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0010

‖‖‖‖|‖|‖‖‖‖‖‖‖|‖|‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖|‖‖‖

250453597 RY HUGH 55 0 201312



Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0010


074042.357628.293847.10607 1 AV 0.381 538



NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217

074042

| Notice | CP15 |
|---|---|
| Tax Year | 2013 |
| Notice date | December 8, 2014 |
| Social Security number | ____-4034 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 888197 |
| Page 1 of 2 | 18H |

**REFUSAL FOR CAUSE**

## ~~Notice of Penalty Charge~~

666

You have been charged a penalty for the following reason: Civil Penalty for Frivolous Tax Returns.

## TAX STATEMENT

| | |
|---|---:|
| Prior Balance | |
| Penalty Assessment | $0.00 |
| Interest | $5,000.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | $0.00 |
| | $5,000.00 |

Continued on back...



IRS



**Payment**

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217

| Notice | CP15 |
|---|---|
| Notice date | December 8, 2014 |
| Social Security number | ____-4034 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (____4034), the tax year (2013), and the form number (____EN) on your payment and any correspondence.

Amount due by December 18, 2014

$5,000.00

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0010

508924034 UI HUGH 55 0 201312 670 00000500000



| Notice | CP15 |
|---|---|
| Tax Year | 2013 |
| Notice date | December 8, 2014 |
| Social Security number | ████-4034 |
| Page 2 of 2 | 18H |

We charged you a penalty under IRC section 6702(a) for filing a frivolous tax return. The penalty applies when a person files what purports to be a return but—

A.

1. fails to include information on which the substantial correctness of the self-assessment may be judged or
2. includes information that on its face indicates that the self-assessment is substantially incorrect and

B.

1. the penalty applies when the underlying conduct in relation to filing such return is based on a position that the Internal Revenue Service has identified as frivolous (see Notice 2007-30) or
2. the underlying conduct reflects a desire to delay or impede the administration of Federal tax laws.

The penalty is $5,000 for each person who files a frivolous tax return.

If you wish to contest the assertion of this penalty, you must fully pay the entire penalty and file a claim for refund with the IRS within three years from the time a return associated with the penalty was filed or two years from the date the penalty was paid, whichever period expires later.

If your refund claim is pending for six months or more and the IRS has not issued a notice of claim disallowance with regard to the claim, you may file suit in the United States District Court or United States Court of Federal Claims to contest the assertion of the penalty at any time. Once the IRS issues a notice of claim disallowance, however, you must file suit in the United States District Court or The United States Court of Federal Claims within two years of the date the IRS mails a notice of disallowance to you denying the refund claim.

For tax forms, instructions and information visit www.irs.gov. Access to this site will not provide you with any taxpayer account information.

---




IRS



NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217

| Notice | CP15 |
|---|---|
| Notice date | December 8, 2014 |
| Social Security number | ████-4034 |

**Contact information**

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Social Security number (████-4034), the tax year (2013), and the form number (CVL PEN) on any correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. | |

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0010



508924034 UI HUGH 55 0 201312

**IRS** Department of the Treasury
Internal Revenue Service

1973 N Rulon White Blvd M/S 4210
Ogden  UT  84404-0040

---

---

NANCY K & KEITH W HUGHES
454 BUCKEYE AVE
EATON  CO  80615-8217

---

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

REFUSAL FOR
CAUSE

---

✂ ----------------------------------------------------------------

The IRS address must appear in the window.
                                  0469000192
    BODCD-WI

Use for payments
                    Letter Number:   LTR3176C
                    Letter Date  :   2014-09-05
                    Tax Period   :   201312

*508924034*

    INTERNAL REVENUE SERVICE
    1973 N Rulon White Blvd M/S 4210
    Ogden  UT  84404-0040

NANCY K & KEITH W HUGHES
454 BUCKEYE AVE
EATON  CO  80615-8217

508924034 UI HUGH 30 0 201312 670 00000000000



IRS Department of the Treasury
Internal Revenue Service

1973 N Rulon White Blvd M/S 4210
Ogden  UT  84404-0040

In reply refer to:  0469000192
Sep. 05, 2014  LTR 3176C    0
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    201312  30
Input Op:  0469059232 00026755
                    BODC: WI

NANCY K & KEITH W HUGHES
454 BUCKEYE AVE
EATON  CO  80615-8217

*REFUSAL FOR CAUSE*

Taxpayer Identification Number:  ████-4034  ████-3597
                         Form:  1040X
               Tax Period(s):  Dec. 31, 2013

Employee Identification Number:  1000099691 M/S 4450
       Contact Telephone Number:  866-883-0235
            Contact Fax Number:  855-235-8845

Dear Taxpayer:

You recently filed a return or purported return claiming one or more
frivolous positions. If not immediately corrected, the Internal
Revenue Service will assess a $5,000 penalty against you. You can
correct the problem and avoid the penalty if you submit a corrected
return within 30 days of this letter to the address listed above.

If you continue to submit documents asserting frivolous positions, we
will assess the $5,000 penalty each time you submit a frivolous
return. If you file a joint return, we will assess the $5,000 penalty
against both you and your spouse. Internal Revenue Code section 6702
provides the IRS with the authority to assess the penalty.

WHY WE ARE CONTACTING YOU

Based on Section 6702, Frivolous Tax Submissions, we have determined
the information you filed as a tax return, or purported tax return,
on July 11, 2014 is frivolous and there is no basis in the law for
your position.

Federal courts, including the Supreme Court of the United States,
have considered positions such as yours and repeatedly rejected them
as without merit. The enclosed Publication 2105, Why do I have to Pay
Taxes?, includes examples of frivolous positions and arguments
regarding the U.S. tax system under the heading "Don t Fall for These
Arguments." Some of these examples include:

- Arguing that filing and paying taxes is voluntary.

- Excluding salaries and/or wages from income based on the argument
  that the value of services is not taxable or that salaries and/or
  wages are not income.

- Arguing that the requirement to file a tax return violates

NANCY K & KEITH W HUGHES
454 BUCKEYE AVE
EATON  CO  80615-8217

*REFUSAL FOR CAUSE*

asserting a frivolous position, we will assess the $5,000 penalty
for each frivolous tax return or purported return containing a
frivolous position and send you a bill. If you filed a joint frivolous
return, both you and your spouse will be assessed a $5,000 penalty. We
will not respond to any future correspondence asserting any frivolous
position.

In addition, if we do not hear from you within the 30 day timeframe,
we may issue a notice of deficiency for any taxes owed because of the
frivolous submission or because of other items we may find during an
examination. A notice of deficiency states the amount of additional
tax and penalties you owe and explains your right to contest the
deficiency by filing a petition with the United States Tax Court.
The $5,000 frivolous filing penalty is not included on the notice of
deficiency and cannot be contested in the Tax Court.

We have enclosed Publication 2105, Why Do I Have to Pay Taxes?,
which provides basic information about the tax system.  We also
encourage you to seek advice from a competent tax professional or a
tax attorney qualified to practice in your state.

Sincerely yours,

Layne Carver
Operations Mgr., Exam SC Support

Enclosure(s):
Copy of this letter
Publication 2105
Envelope

ROBERT C. "BOB" BALINK    El Paso County, CO
02/06/2007 10:50:49 AM
Doc $0.00    Page
Rec $6.00    1 of 1
207015932

ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

§ 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7875, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

SUBCHAPTER XII—FEDERAL RESERVE NOTES

§ 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States, and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

CODIFICATION

Section is comprised of first par. of section 16 of act Dec. 23, 1913. Pars. 2 to 4, 5, and 6, 7, 8 to 11, 13 and 14 of section 16, and pars. 2 to 18 of section 16 as added June 21, 1917, ch. 32, § 5, 40 Stat. 235, are classified to sections 412 to 414, 415, 416, 418 to 421, 360, 248-1, and 467, respectively, of this title.

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

§ 412. Application for notes; collateral required

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347a, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat. 794; Jan. 30, 1934, ch. 6, § 2(b)(2), 48 Stat. 338; Mar. 6, 1934, ch. 47, 48 Stat. 398; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704; Mar. 1, 1937, ch. 20, 50 Stat. 23; June 30, 1939, ch. 256, 53 Stat. 991; June 30, 1941, ch. 264, 55 Stat. 395; May 25, 1943, ch. 102, 57 Stat. 85; June 12, 1945,







TERRITORY **1861**    STATE **1876**

DEPARTMENT OF PERSONNEL

# DIVISION OF
# STATE ARCHIVES
# AND
# PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE
FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY,
SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.



_____
STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995
DATE



# GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

## AND PRIVATE ACTS

PASSED AT THE FIRST SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO,

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

THE CONSTITUTION OF THE UNITED STATES,

AND THE

## ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

DENVER:
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1861.

BRARY
COURT
AL DISTRICT

LAW LIBRARY

# AMENDMENTS TO THE CONSTITUTION.

## SECOND JUDICIAL DISTRICT

### ARTICLE I.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

### ARTICLE II.

A well regulated militia, being necessary to the security of a free State, the right of the people to keep and bear arms, shall not be infringed.

### ARTICLE III.

No soldier shall, in time of peace, be quartered in any house without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

### ARTICLE IV.

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE V.

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case, to be a witness against himself, nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### ARTICLE VI.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial

---

jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

### ARTICLE VII.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

### ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.

### ARTICLE XII.

1. The electors shall meet in their respective States, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and

jury of the State and district wherein the crime shall
have been committed; which district shall have been
previously ascertained by law, and to be informed of
the nature and cause of the accusation; to be con-
fronted with the witnesses against him; to have com-
pulsory process for obtaining witnesses in his favor,
and to have the assistance of counsel for his defence.

## ARTICLE VII.

In suits at common law, where the value in contro-
versy shall exceed twenty dollars, the right of trial by
jury shall be preserved; and no fact tried by a jury
shall be otherwise re-examined in any court of the
United States, than according to the rules of the com-
mon law.

## ARTICLE VIII.

Excessive bail shall not be required, nor excessive
fines imposed, nor cruel and unusual punishments in-
flicted.

## ARTICLE IX.

The enumeration in the constitution, of certain rights,
shall not be construed to deny or disparage others re-
tained by the people.

## ARTICLE X.

The powers not delegated to the United States by
the constitution, nor prohibited by it to these States,
are reserved to the States respectively, or to the people.

## ARTICLE XI.

The judicial power of the United States shall not be
construed to extend to any suit, in law or equity, com-
menced or prosecuted against one of the United States
by citizens of another State, or by citizens or subjects
of any foreign State.

## ARTICLE XII.

1. The electors shall meet in their respective States
and vote by ballot for President and Vice-President,
one of whom, at least, shall not be an inhabitant of the
same State as themselves; they shall name in their
ballots the person voted for as President, and in dis-
tinct ballots the person voted for as Vice-President;
and they shall make distinct lists of all persons voted
for as President, and of all persons voted for as Vice-
President, and of the number of votes for each, which
lists they shall sign and certify, and transmit sealed to

the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three, on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President.

Of the Vice-President.

2. The person having greatest number of votes as Vice-President, shall be Vice-President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice-President of the United States.

## ARTICLE XIII.

To what cases forfeiture of citizenship.

If any citizen of the United States shall accept, claim, receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[Note.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]

ROF 5744   PAR 974



been made for the violation of the first section of this act, can establish by good and competent witnesses that spirituous liquors or wine were obtained from him designedly by any person who did not know, at the time of obtaining such spirituous liquors or wine, the uniform or other badge worn to distinguish him from a civilian, and that he did not know such person to be a soldier, such person so complained against shall not be liable for the penalties enumerated in this act.

SEC. —. This act shall take effect and be in force from and after its passage.

Approved, September 29th, 1861.

AN ACT

Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. That the Common Law of England, so far as the same is applicable and of a general nature, and all acts and statutes of the British Parliament, made in aid of or to supply the defects of the Common Law, prior to the fourth year of James the First, (excepting the second section of the sixth chapter of forty-third Elizabeth, the eighth chapter of thirteenth Elizabeth, and ninth chapter of thirty-seventh Henry Eighth,) and which are of a general nature, and not local to that Kingdom, shall be the rule of decision, and shall be considered as of full force until repealed by legislative authority.

SEC. 2. This act shall be in force from and after its passage.

Approved, October 11th, 1861.

AN ACT

To organize the Militia.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

SECTION 1. Every able bodied male citizen of Colorado between the ages of eighteen and forty-five years, except those who are by this act exempt therefrom, shall be subject and liable to perform military duty as a soldier, to uphold the constitution and laws of the United States and the Organic Act and laws of this Territory, according to the terms and provisions of this act. And every citizen above forty-five years of age



This is a screenshot of a Clerk and Recorder web page in Internet Explorer.

Clerk and Recorder: Detail for a Reception Number - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back

Address  http://cen2.elpasoco.com/RcdQuery/RecepNum.asp

Search   Favorites

Google   county clerk recorder   Go

# Clerk & Recorder

Recording

Election | Motor Vehicle | Recording | Clerk to BoCC | Home

Recording Database: 01/01/1984 - 01/22/2007

## Detail for a Book and Page Number

| Name | PT | Grantor/Grantee | Reception Number | Date | Nature of Instrument | Plat/File | Asr Info |
|------|----|-----------------|------------------|------|----------------------|-----------|----------|
| COLORADO TERRITORY OF | GRANTOR | | 095110459 | 10-13-1995 | CERTIFICATE | 0 | |
| COLORADO TERRITORY OF | GRANTEE | | 095110459 | 10-13-1995 | CERTIFICATE | 0 | |

2 records returned. Reception# = 095110459   Book# = 6744 Page# = 909

New Query

Right side colophon

Clerk & Recorder
Robert C. "Bob" Balink

Locations:
Downtown Office
200 S. Cascade Avenue
Colorado Springs,
CO 80903
8:00am - 5:00pm
Week Days
(except holidays)

Phone Numbers:
(719) 520-6200
Fax Numbers:
(719) 520-6230
TDD
(719) 520-6385



# Clerk & Recorder

## Recording

[Electoral] [Marketplace] [Recording] [Clerk to BOCC] [Home]

New Search | Refine Existing Search | Printer Friendly Version | Help

Click on Row for More Detail

### Official Public Records Search Results

Recording Database: 01/01/1984 - 10/4/2007          Records Returned: 1

Results per Page  10

| Instrument Number | Book | Page | Date Recorded | Document Type | Grantor* | Grantee* | Number of Pages |
|---|---|---|---|---|---|---|---|
| 095110469 | 5744 | 989 | 10/31/1985 | CERTIFICATE | COLORADO TERRITORY OF | COLORADO TERRITORY OF | |

* + indicates additional names

*El Paso County, Colorado -Services!*

Clerk & Recorder
Robert C. "Bob" Balink

Location
Downtown Office
200 S. Cascade Avenue
Colorado Springs, CO 80903
8:00am-5:00pm
Weekdays
(except holidays)

Phone Number:
(719)520-6300

Fax + Numbers:
(719)520-6230

TDD
(719)520-6333

STATE OF MINNESOTA

COUNTY OF SCOTT

IN JUSTICE COURT

TOWNSHIP OF CREDIT RIVER
MARTIN V. MAHONEY, JUSTICE

First National Bank of Montgomery,

                          Plaintiff,

VS.

Jerome Daly,

                          JUDGMENT AND DECREE

                          Defendant

    The above entitled action came on before the Court and a Jury
of 12 on December 7, 1968 at 10:00 A.M. Plaintiff appeared by its
President Lawrence V. Morgan and was represented by its Counsel
Theodore R. Mellby. Defendant appeared on his own behalf.

    A Jury of Talesmen were called, impanneled and sworn to try
the issues in this Case. Lawrence V. Morgan was the only witness
called for Plaintiff and Defendant testified as the only witness in
his own behalf.

    Plaintiff brought this as a Common Law action for the recovery
of the possession of Lot 19, Fairview Beach, Scott County, Minn.
Plaintiff claimed title to the Real Property in question by foreclosure
of a Note and Mortgage Deed dated May 8, 1964 which Plaintiff claimed
was in default at the time foreclosure proceedings were started.

    Defendant appeared and answered that the Plaintiff created
the money and credit upon its own books by bookkeeping entry as the
consideration for the Note and Mortgage of May 8, 1964 and alleged
failure of consideration for the Mortgage Deed and alleged that the
Sheriff's sale passed no title to Plaintiff.

    The issues tried to the Jury were whether there was a lawful
consideration and whether Defendant had waived his rights to complain
about the consideration having paid on the Note for almost 3 years.

    Mr. Morgan admitted that all of the money or credit which was
used as a consideration was created upon their books, that this was
standard banking practice exercised by their bank in combination
with the Federal Reserve Bank of Minneapolis, another private Bank,
further that he knew of no United States Statute or Law that gave
the Plaintiff the authority to do this. Plaintiff further claimed
that Defendant by using the ledger book created credit and by paying

CERTIFICATION

The Clerk and Recorder for the
CITY AND COUNTY OF DENVER, State
of Colorado does hereby certify this
document to be a full, true and
correct copy of the original/
document recorded in my office.

    Clerk and Recorder

By _____ Deputy County Clerk

Date JAN 07

on the Note and Mortgage waived any right to complain about the
Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unanimous
verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant
to the Declaration of Independence, the Northwest Ordinance of 1787,
the Constitution of the United States and the Constitution and laws
of the State of Minnesota not inconsistent therewith:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession
of Lot 19, Fairview Beach, Scott County, Minnesota according to
the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note
and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises
held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said
premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any
Minnesota Statute limiting the Jurisdiction of this Court is repugnant
to the Constitution of the United States and to the Bill of Rights
of the Minnesota Constitution and is null and void and that this
Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and
execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum
made and filed by this Court in support of this Judgment is hereby
made a part hereof by reference.

Dated December 9,1968

BY THE COURT

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

2003264757

# MEMORANDUM

The issue in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existence when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318; 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 —"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so are repugnant to the


2003264757
Page: 3 of 6
City & County Of Denver    M18

Constitution of the United States and are void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not recieve a fair trial. From the admissions made by Mr. Morgan the path of duty was made direct and clear for the Jury. Their Verdict could not reasonably have been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court on December 7,1968.

BY THE COURT

December 5,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emmission of Bills of Credit upon the books of these private Corporations, for the purposes of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty.    M.V.M.

2003264757
Pages 4 of 4
12/22/2003 01:45P
City & County Of Denver      Rd6        R2t_62     00.00