IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE,

Plaintiff,

v.

JACOB JOSEPH LEW,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's motion to restrict (Docket No. 5) is GRANTED IN PART and DENIED IN PART, as follows. It is further ORDERED that Docket No. 1-1 shall be RESTRICTED at Level 1 under D.C.Colo.LCivR. 7.2(b).

    In the Complaint's Exhibit (Docket No. 1-1), most but not all Social Security Numbers have been redacted. I find that the interests to be served by restricting access to the Complaint's Exhibit outweighs the presumption of public access. Accordingly, Docket No. 1-1 shall be restricted at Level 1.

    However, Plaintiff's motion pertains to the entire filing, not just the exhibit. No Social Security Numbers appear in the main document (Docket No. 1) of the Complaint, and I find that the presumption of public access outweighs the interests to be served by restricting access to the Complaint's main document. Accordingly, Docket No. 1 (main document) shall not be restricted.

    Finally, Plaintiff's motion asks that the documents be restricted at Level 3. *See* D.C.Colo.LCivR. 7.2(b) ("Level 3 limits access to the court."). This level of restriction is inappropriate. The interests to be served by restricting access will be fully protected by a Level 1 restriction.

Date: January 15, 2015