IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

Plaintiff,

v.

JACOB JOSEPH LEW,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Attend Status Conference by Telephone (Docket No. 10) is GRANTED. Counsel for Defendant shall contact chambers at (303) 844-2403 at the appointed time (10:00 a.m. Mountain Time) on January 28, 2015.

Date: January 23, 2015