# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   14-cv-03405-RBJ-MJW              FTR - Courtroom A-502

**Date:**   January 28, 2015                            Courtroom Deputy, Ellen E. Miller

*Parties*                                               *Counsel*

KEITH WAYNE HUGHES,                                     *Pro Se*

   Plaintiff(s),

v.

JACOB JOSEPH LEW,                                       Jennifer Y. Golden  (by telephone)

   Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS CONFERENCE
**Court in Session:**   10:05 a.m.

Court calls case. Appearances of defense counsel. Plaintiff does not appear. The time set for this conference is 10:00 a.m. The Court has waited to call the case to allow time for Plaintiff to appear.

Plaintiff failed to appear timely as directed, did not seek a continuance, and did not telephone the court at the time set for the conference to make the court aware of any unavoidable reason for noncompliance.

**It is ORDERED:**   A **SHOW CAUSE HEARING** is set **FEBRUARY 20, 2015 at 9:30 a.m.** (Mountain Time) in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
A written ORDER TO SHOW CAUSE shall issue.

Counsel for Defendant may appear by telephone by calling chambers (303) 844-2403 at the scheduled time.

Hearing concluded.
**Court in recess:**   10:13 a.m.
Total In-Court Time 00:08

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.