**Keith Wayne**
**C/O Registered Mail**
454 Buckeye Ave Eaton, CO
[80615]
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2015

JEFFREY P. COLWELL
CLERK

United States District Court          RA#
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk;

    Please file this updated Libel of Review in the case jacket of Article III case **14-CV-03405.** This is update contains a further Refusal for Cause the jurisdiction and reiteration of the rejection stated in Document 4 of this case. I do not want the Magistrate to judge this case. The court has already been informed and I am confused as to why they continue to move forward when their own documentation states that it has to be unanimously accepted. Please add this document to the case as separate scan.

_____
Keith Wayne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE,

Plaintiff(s),

v.

JACOB JOSEPH LEW,

Defendant(s).

**REFUSAL FOR CAUSE**

ORDER SETTING STATUS CONFERENCE
FOR PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge entered by Judge R. Brooke Jackson on December 29, 2014 (Docket No. 3).

IT IS HEREBY ORDERED that plaintiff shall forthwith serve the defendant. It is further

ORDERED that a Status Conference shall be held on:

> January 28, 2015, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>

**Plaintiff is advised that failure to appear for this conference may very well**



result in the imposition of sanctions, which could include a recommendation that this action be dismissed with prejudice.

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 30th day of December, 2014.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

    Plaintiff,

v.

JACOB JOSEPH LEW,

    Defendant.

*REFUSAL FOR CAUSE*

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C) and Fed.R.Civ.P. 72(a) and (b), and D.C.COLO.LCivR 72.1C, United States Magistrate Judge Michael J. Watanabe is designated to conduct proceedings in this civil action as follows:

(X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Alternative Dispute Resolution Authority: Court Sponsored alternative dispute resolution is governed by D.C.COLOCivR 16.6. On the recommendation or informal request of the magistrate judge, or on the request of the parties by motion, the Court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

( ) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED this 29th day of December, 2014.

BY THE COURT:

*[signature]*

R. Brooke Jackson
United States District Judge

**REFUSAL FOR CAUSE**