**Keith Wayne**
**c/o Registered Mail**
454 Buckeye Ave
Eaton, Colorado
[80615]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk,

    Please file the refusal for cause in the case jacket of Article III case **14-CV-03405**. This is evidence if the presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below express that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed first class mail as indicated back to the presenter with a few days of presentment.

_Keith Wayne_
Keith Wayne

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6547
Fax: (202) 307-0054
Jennifer.Y.Golden@usdoj.gov

**REFUSAL FOR CAUSE**

Of Counsel:
JOHN F. WALSH
United States Attorney
District of Colorado
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| KEITH WAYNE HUGHES, ) | Case No. 1:14-cv-03405-RBJ-MJW |
| Plaintiff, ) | |
| ) | **UNITED STATES' MOTION TO** |
| v. ) | **ATTEND STATUS CONFERENCE** |
| ) | **BY TELEPHONE** |
| JACOB JOSEPH LEW, ) | |
| Defendant. ) | |

The United States of America,[1] by and through undersigned counsel, hereby moves the Court for an Order allowing counsel for the United States to appear by telephone at the Status

---

[1] The United States is the property party defendant in this case because Plaintiff appears to be contesting actions taken by the United States through the U.S. Secretary of the Treasury Jacob Lew or his delegate.

1

*Refusal for Cause* (handwritten annotation)

Conference for Pro Se Plaintiff set for January 28, 2015, at 10:00 a.m. (Dkt. #4) for the following reasons:

1. The United States has learned that the Court entered an Order setting the Status Conference for Pro Se Plaintiff despite lack of service or notice by Plaintiff.

2. The United States Department of Justice, Tax Division, Washington, D.C., has primary litigating responsibility in the above-captioned matter. Jennifer Golden, a trial attorney in that office, has been designated as counsel for the United States in this matter.

3. The United States respectfully requests that its counsel, Jennifer Golden, be allowed to appear by telephone at the Status Conference for Pro Se Plaintiff set for January 28, 2015, at 10:00 a.m. Ms. Golden's office is located in Washington, D.C., and she has no other personal appearances scheduled in the Denver area during the week of the Status Conference.

4. Counsel for the United States has attempted to confer with Plaintiff by leaving a voicemail message on January 23, 2015 at the telephone number listed for Plaintiff in the Complaint. As of the filing of this motion, Plaintiff has not responded to the voicemail message.

5. The United States preserves its rights to assert lack of jurisdiction, insufficient service of process, and other defenses under Fed. R. Civ. P. 12(b), and does not waive such defenses by filing the instant motion.

WHEREFORE, the United States respectfully requests that the Court grant this motion and allow Ms. Golden to appear by telephone at the Status Conference for Pro Se Plaintiff set for January 28, 2015. A proposed order to this effect is attached.

Dated: January 23, 2015.

*REFUSAL FOR CAUSE* (handwritten)

Respectfully submitted,

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

/s/ Jennifer Y. Golden
JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6547
Fax: (202) 307-0054
Jennifer.Y.Golden@usdoj.gov

Of Counsel:
JOHN F. WALSH
United States Attorney
District of Colorado

**CERTIFICATE OF SERVICE** ~~Refusal for Cause~~

I hereby certify that on January 23, 2015, I caused a copy of the foregoing United States' Motion to Attend Status Conference by Telephone to be served by first-class mail, postage prepaid, on the following:

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615
*Plaintiff*

                                          Respectfully submitted,

                                          /s/ Jennifer Y. Golden
                                          JENNIFER Y. GOLDEN
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice