Keith Wayne
c/o Registered Mail
454 Buckeye Ave
Eaton, Colorado
[80615]

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk,

    Please file this Notice & Demand for 2013 Tax Year Processing in the case jacket of Article III case **14-CV-03405**. This is evidence if the presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original Notice and Demand in a timely fashion.

### Certificate of Mailing

My signature below express that I have mailed a copy of the Notice & Demand with the original clerk instruction to the district court and a copy of this clerk instruction has been mailed Certified and Registered Mail to: Layne Carver Operations Manager Exam SC Support 1973 N. Rulon White Blvd M/S 4210 Ogden, UT [84404-0040].

_Keith Wayne_ (signature)

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing
This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: KEITH WAYNE
454 BUCKEYE AVENUE
EATON CO 80615

To: LAYNE CARVER
OPS. MGR. EXAM SUPPORT
1973 N RULON WHITE BLVD M/S 421
OGDEN, UT 84404-0040

PS Form 3817, April 2007 PSN 7530-02-000-9065

Registered No. RR525847833US

| | |
|---|---|
| Reg. Fee | $11.95 |
| Handling Charge | $0.00 |
| Return Receipt | $2.70 |
| Postage | $5.75 |
| Restricted Delivery | $0.00 |
| Received by | |
| Customer Must Declare Full Value $0.00 | With Postal Insurance / Without Postal Insurance |

Date Stamp: GREELEY MAIN 0401 — 1 FEB 02 2015 — 02/02/15

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

OFFICIAL USE — 80634

FROM: KEITH WAYNE
454 BUCKEYE AVE
EATON, CO 80615

TO: OGDEN UT 84404 — LAYNE CARVER
OPS MGR EXAM SC Support
1973 N. RULON WHITE BLVD M/S 4210
OGDEN, UT [84404-0040]

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Keith Wayne
c/o Registered Mail
454 Buckeye Ave
Eaton, Colorado
[80615]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk,

    Please file this Notice & Demand for 2013 Tax Year Processing in the case jacket of Article III case **14-CV-03405**. This is evidence if the presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original Notice and Demand in a timely fashion.

## Certificate of Mailing

My signature below express that I have mailed a copy of the Notice & Demand with the original clerk instruction to the district court and a copy of this clerk instruction has been mailed Certified and Registered Mail to: Regina Young, Stop 6525(AM CIS) Kansas City, MO 64999-0025

_Keith Wayne_
Keith Wayne

**UNITED STATES POSTAL SERVICE**
Certificate Of Mailing
This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.
From: KEITH WAYNE
454 BUCKEYE AVE
EATON CO 80615

To: REGINA YOUNG
IRS - STOP 6525
KANSAS CITY, MO
64999-0025

PS Form 3817, April 2007 PSN 7530-02-000-9065

— Registered No. RR525847847US

| Reg. Fee | $11.95 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.70 | 0401 13 |
| Postage | $5.75 | Restricted Delivery | $0.00 | 02/02/15 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance / Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE
80634

FROM: KEITH WAYNE
454 BUCKEYE AVE
EATON, CO 80615

TO: REGINA YOUNG
IRS - STOP 6525
KANSAS CITY, MO
64999-0025

PS Form 3806, Receipt for Registered Mail  Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# NOTICE & DEMAND

This is an official notice and demand to process the Amended 2013 IRS return attached.

The return attached was submitted for processing and promptly return stating that it was not a valid return. However, many returns are processed utilizing 12 USC 411. The IRS agent who made that determination was not an IRS Tax attorney and unqualified to make such a determination.

To complicate matters, I submitted additional information as requested by the IRS to the Tax Payer Advocates office. This information was not forwarded to the proper IRS agent during time allotted, thus triggering a Frivolous Return Process to start and is in process.

All of this does not matter as the 2013 Amended Tax Return is a valid return that demands to be processed by an IRS Tax Attorney who understands the difference between Public Money (ie United States Notes and associated Statues) vs Federal Reserve Notes (ie Notes created by the Federal Reserve banks and the associate Statues). This notice and attached document has been sent to the United States District Court of Colorado (Article III case 14-CV-03405) as way of creating a public record of the Notice and Demand for proper IRS processing of the Amended 2013 Tax Return.

*[signature]*

Keith Wayne

```
                                                            0469000192
                                        Sep. 05, 2014  LTR 3176C    0
                                                       201312  30
                                        Input Op:  0469059232 00026757
```

NANCY K & KEITH W HUGHES
454 BUCKEYE AVE
EATON  CO  80615-8217


asserting a frivolous position, we will assess the $5,000 penalty
for each frivolous tax return or purported return containing a
frivolous position and send you a bill. If you filed a joint frivolous
return, both you and your spouse will be assessed a $5,000 penalty. We
will not respond to any future correspondence asserting any frivolous
position.

In addition, if we do not hear from you within the 30 day timeframe,
we may issue a notice of deficiency for any taxes owed because of the
frivolous submission or because of other items we may find during an
examination. A notice of deficiency states the amount of additional
tax and penalties you owe and explains your right to contest the
deficiency by filing a petition with the United States Tax Court.
The $5,000 frivolous filing penalty is not included on the notice of
deficiency and cannot be contested in the Tax Court.

We have enclosed Publication 2105, Why Do I Have to Pay Taxes?,
which provides basic information about the tax system.  We also
encourage you to seek advice from a competent tax professional or a
tax attorney qualified to practice in your state.

                              Sincerely yours,


                              [signature]

                              Layne Carver
                              Operations Mgr., Exam SC Support

Enclosure(s):
Copy of this letter
Publication 2105
Envelope

---

*Handwritten notes:*

INFO SENT TO:
TAX ADVOCATE
Monica Rivera
IP # 1000227820
CASE # 5682486

INFO TO BE FORWARDED TO YOUR DEPT
REFUSED TO BE SENT BY
Rick Fischer IP# 1000227042
NOTE Rick is NOT AN IRS TAX
ATTORNEY & DID NOT KNOW
ABOUT 12 USC 411 STATUS.

http://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx

U.S. DEPARTMENT OF THE TREASURY

Contact Us | Press Center | Blog | Accessibility | Google Privacy |
Español | Languages

Advanced Search

Home  Treasury For...  About  Resource Center  Services  Initiatives  Careers  Connect with Us

**What are Federal Reserve notes and how are they different from United States notes?**

(Commentary: Even the US. Department of Treasury makes a note on how Federal Reserve notes differ from United States Notes)

"The twelve Federal Reserve Banks issue them into circulation pursuant to the Federal Reserve Act of 1913. A commercial bank belonging to the Federal Reserve System can obtain Federal Reserve notes from the Federal Reserve Bank in its district whenever it wishes. It must pay for them in full, dollar for dollar, by drawing down its account with its district Federal Reserve Bank."

"Congress has specified that a Federal Reserve Bank must hold collateral equal in value to the Federal Reserve notes that the Bank receives. This collateral is chiefly gold certificates and United States securities. This provides backing for the note issue. The idea was that if the Congress dissolved the Federal Reserve System, the United States would take over the notes (liabilities). This would meet the requirements of Section 411, but the government would also take over the assets, which would be of equal value. Federal Reserve notes represent a first lien on all the assets of the Federal Reserve Banks, and on the collateral specifically held against them.

Federal Reserve notes are not redeemable in gold, silver or any other commodity, and receive no backing by anything. This has been the case since 1933. The notes have no value for themselves, but for what they will buy. In another sense, because they are legal tender, Federal Reserve notes are "backed" by all the goods and services in the economy."

**What are United States Notes and how are they different from Federal Reserve notes?**

"United States Notes (characterized by a red seal and serial number) were the first national currency, authorized by the Legal Tender Act of 1862 and began circulating during the Civil War. The Treasury Department issued these notes directly into circulation, and they are obligations of the United States Government."

"Both United States Notes and Federal Reserve Notes are parts of our national currency...... However, the issuing authority for them comes from <u>different statutes</u>."

(Commentary Note: On January 21, 1971, the Congress stated that the physical United States Notes were no longer required in circulation.)



Legal Information Institute LII

ABOUT LII   GET THE LAW   LAWYER DIRECTORY   LEGAL ENCYCLOPEDIA   HELP OUT

 U.S. Code   › Title 12 › Chapter 3 › Subchapter XII › § 411

# 12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption

Current through Pub. L. 113-234. (See Public Laws for the current Congress.)

**US Code**   **Notes**

prev | next

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Commentary: Thus codified in this Federal Reserve statue how to move from one currency to the other... ie through redemption at any Federal Reserve Bank)

---

(Commentary: Federal Reserve Notes used to look like this. Please note the underlined section in Red)

"Federal Reserve Notes are not dollars." *Russell L. Munk, Assistant General Counsel, Department of the Treasury, February 18, 1977.*





Redeemed in lawful money:
per 12 USC 411
Keith Wayne dba
Keith Wayne Hughes

Redeemed in lawful money:
per 12 USC 411
Nancy Kay dba
Nancy Kay Hughes

# Form 1040X (Rev. December 2013)

Department of the Treasury—Internal Revenue Service  
**Amended U.S. Individual Income Tax Return**  
▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x.*  
OMB No. 1545-0074

**This return is for calendar year** ☒ 2013 ☐ 2012 ☐ 2011 ☐ 2010  
**Other year.** Enter one: calendar year _____ or fiscal year (month and year ended): _____

Your first name and initial: NANCY K  
Last name: HUGHES  
Your social security number: [redacted]

If a joint return, spouse's first name and initial: KEITH W  
Last name: HUGHES  
[redacted]

Home address (number and street). If you have a P.O. box, see instructions.: 454 Buckeye Ave  
Apt. no.:  
Your phone number:

City, town or post office, state, and ZIP code.: EATON, CO 80615

Foreign country name:  
Foreign province/state/county:  
Foreign postal code:

**Amended return filing status.** You must check one box even if you are not changing your filing status.  
*Caution.* In general, you cannot change your filing status from joint to separate returns after the due date.  
☐ Single ☒ Married filing jointly ☐ Married filing separately  
☐ Qualifying widow(er) ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on the back to explain any changes

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)— explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶☐ | 13█64 | (102█7) | 34██ |
| 2 | Itemized deductions or standard deduction | 2█74 | 1967 | 3102█ |
| 3 | Subtract line 2 from line 1 | 10█ | (104█) | 3█ |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | 7800 | — | 7800 |
| 5 | Taxable income. Subtract line 4 from line 3 | 9█10 | (9█0) | 0 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): | 1█ | (1██) | Ø |
| 7 | Credits. If general business credit carryback is included, check here ▶☐ | — | — | — |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 1██ | (1██) | Ø |
| 9 | Other taxes | — | — | — |
| 10 | Total tax. Add lines 8 and 9 | 1██ | (1██) | Ø |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 2█4 | Ø | 2█4 |
| 12 | Estimated tax payments, including amount applied from prior year's return | Ø | Ø | Ø |
| 13 | Earned income credit (EIC) | Ø | Ø | Ø |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2010 or 2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): | — | — | — |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | — |
| 16 | Total payments. Add lines 11 through 15 | | | 2██4 |
| **Refund or Amount You Owe** (*Note. Allow 8–12 weeks to process Form 1040X.*) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 8█8 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | | | 1██ |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | | | |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | | | 1██ |
| 21 | Amount of line 20 you want **refunded to you** | | | 1██ |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ estimated tax . | 22 | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.    Cat. No. 11360L    Form **1040X** (Rev. 12-2013)

### Part I  Exemptions

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 2 | ∅ | 2 |
| 24 | Your dependent children who lived with you | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | | | |
| 26 | Other dependents | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 2 | ∅ | 2 |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. | 7800 | ∅ | 7800 |

29  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

### Part II  Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

### Part III  Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

ON 3/13/13 ALL TRANSACTIONS completed in LAWFUL MONEY AS DEFINED IN 12 USC 411. TO MEET RECORD KEEPING GUIDELINES A NOTARIZED COPY OF THE SIGNATURE CARD CHANGE IS INCLUDED. A ledger showing ALL INCOME FOR THE YEAR IS ALSO INCLUDED. DEPICTING which INCOME TRANSACTIONS ARE IN PRIVATE CREDIT (FED RESERVE NOTE) AND WHICH ARE NOT. AS AN ADDITIONAL NOTE ALL MADE DEPOSITS WERE REDEEMED IN LAWFUL MONEY STAMP 12 USC 411. THIS IS THE DEMAND AS WELL AS EVERY OTHER DEMAND MADE ON A TRANSACTION BY TRANSACTION BASIS FOR LAWFUL/PUBLIC MONEY. THUS FALLS OUT SIDE PRIVATE CREDIT/FEDERAL RESERVE SYSTEM.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ [signature redacted]   6/21/14
Your signature    Date

▶ [signature redacted]   6/21/14
Spouse's signature. If a joint return, both must sign.    Date

**Paid Preparer Use Only**
▶

Preparer's signature _____ Date _____ Firm's name (or yours if self-employed) _____

Print/type preparer's name _____ Firm's address and ZIP code _____
☐ Check if self-employed
PTIN _____ Phone number _____ EIN _____

For forms and publications, visit IRS.gov.

*1040X - UPDATED* (handwritten)

# SCHEDULE A (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.
▶ Attach to Form 1040.

OMB No. 1545-0074

**2013**

Attachment Sequence No. 07

Name(s) shown on Form 1040 | Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38 [2] | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1949, multiply line 2 by 7.5% (.075) instead | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** | 5 | State and local (**check only one box**): a ☐ Income taxes, or  b ☐ General sales taxes | 5 | 9█5 |
| | 6 | Real estate taxes (see instructions) | 6 | 2█1 |
| | 7 | Personal property taxes | 7 | █0 |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 1█6 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 1█8 |
| Note. Your mortgage interest deduction may be limited (see instructions). | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 | Add lines 10 through 14 | 15 | 1█8 |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 3█0 |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | 19 | 3█0 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | 21 | 2█5 |
| | 22 | Tax preparation fees | 22 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 2█5 |
| | 25 | Enter amount from Form 1040, line 38 [25] 3█77 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 6█ 8 |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 1█7 |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ _____ | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $150,000?  ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.  ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | 29 | 3█1 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.  Cat. No. 17145C  Schedule A (Form 1040) 2013

Lawful Money Ledger

| | Total | Total | |
|---|---|---|---|
| | 127583.4 | 102066.72 | |
| 10/31/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 10/15/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 9/30/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 9/13/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 8/30/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 8/15/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 7/31/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 7/15/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 6/28/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 6/14/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 5/31/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 5/15/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 4/30/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 4/15/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 3/29/2013 | 6██.17 | 6,██.17 | Lawful Money |
| 3/15/2013 | 63██.17 | 6,██.17 | Lawful Money |
| 2/28/2013 | 6██.17 | | ← SIGNATURE PAGE UPDATE |
| 2/15/2013 | 6██.17 | | |
| 1/31/2013 | 6██.17 | | |
| 1/15/2013 | 6██.17 | | |

Company Payroll Website Screen Shot

| Co | File# | Wk. | Pay Date | Period End | Paid Dept. | Paid Clock | Gross Pay |
|---|---|---|---|---|---|---|---|
| QNS | 3554 | 44-1 | 10/31/2013 | 10/31/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 41-1 | 10/15/2013 | 10/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 39-1 | 09/30/2013 | 09/30/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 37-1 | 09/13/2013 | 09/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 35-1 | 08/30/2013 | 08/31/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 33-1 | 08/15/2013 | 08/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 30-1 | 07/31/2013 | 07/31/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 28-1 | 07/15/2013 | 07/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 26-1 | 06/28/2013 | 06/30/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 24-1 | 06/14/2013 | 06/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 22-1 | 05/31/2013 | 05/31/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 19-1 | 05/15/2013 | 05/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 17-1 | 04/30/2013 | 04/30/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 15-1 | 04/15/2013 | 04/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 13-1 | 03/29/2013 | 03/31/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 11-1 | 03/15/2013 | 03/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 09-1 | 02/28/2013 | 02/28/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 07-1 | 02/15/2013 | 02/15/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 05-1 | 01/31/2013 | 01/31/2013 | 321802 | 300 | 6.██17 |
| QNS | 3554 | 02-1 | 01/15/2013 | 01/15/2013 | 321802 | 300 | 6.██17 |

☆ Updating Account Signature
No Maintenance Required

**WELLS FARGO**

# Consumer Account Application

Bank Name: ~~Robert Aulick~~ Wells Fargo

Banker Name: Robert Aulick

Banker Phone: 970-336-6214

Store Number: West Greeley

Date: 3/13/13

To help the government fight the funding of terrorism and money laundering activities, US Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

### Account 1 Product Name

Account Number: ▓▓▓▓ COLO ▓▓▓▓

☒ Checking/Savings Account  ☐ Time Account

New Account Kit

**For Checking/Savings Accounts only**
Statement Cycle/Service Charge Cycle Code  Check Style

**For Time Accounts only**
Term in Months  Term in Days  Penalty for Early  Minimum to Open  Interest Rate

Interest Payment Frequency:
☐ (0) Pay interest at maturity for terms accounts with a maturity date of one year or less only
☐ (M) Pay interest monthly from the issue date
☐ (Q) Pay interest quarterly from the issue date
☐ (S) Pay interest semiannually from the issue date
☐ (Y) Pay interest yearly from the issue date

### Account 2 Product Name

Account Number: ▓▓▓▓ COLO ▓▓▓▓

☒ Checking/Savings Account  ☐ Time Account

**For Checking/Savings Accounts only**
Statement Cycle/Service Charge Cycle Code  Check Style

**For Time Accounts only**

© 2012 Wells Fargo Bank, N.A. All rights reserved.

| Customer 1 Information ECN: | | | | Customer 2 Information ECN: | | | |
|---|---|---|---|---|---|---|---|
| Full Name | | | | | | | |
| Keith W Hughes | | Prim Owner | | Nancy K Hughes | | Sec Owner | |
| Street Address | | | | | | | |
| 454 Buckeye Av | | | | 454 Buckeye Av | | | |
| City | State | Zip | | City | State | Zip | |
| Eaton | CO | 80615 | US | Eaton | CO | 80615 | US |
| Taxpayer Identification Number | | ID Type | | | | | |
| [redacted] | | SSN | | [redacted] | | SSN | |
| Current Employer | | | | | | | |
| Keenan Ent | | | | | | | |
| Primary ID Type | | | | | | | |
| CODL | | | | DL | | | |
| Primary ID State/Country | | | | | | | |
| CO | | | | CO | | | |
| Secondary ID Type | | | | | | | |
| SS Card | | | | SS Card | | | |

## Request for Taxpayer Identification Number and Certification (Substitute Form W-9)

Certification: Under penalties of perjury, I certify that:

1. The number shown on this form is my correct Taxpayer Identification Number, and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding. (Does not apply to real estate transactions, mortgage interest paid, acquisition or abandonment of secured property, contributions to an individual Retirement Arrangement (IRA), and payments other than interest and dividends.)
3. I am a U.S. citizen or other U.S. person.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

[ ] I am subject to backup withholding    [X] I am exempt from backup withholding

Signature: Keith Wayne / Keith Hughes    Date: 3/13/13
USC-Sec 12
Title: XC 411

### Wisconsin Only

Customer 1 – [ ] married  [ ] unmarried  [ ] legally separated
Customer 2 – [ ] married  [ ] unmarried  [ ] legally separated

© 2012 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

**Payable on Death North Carolina Only**

Wells Fargo Payable on Death Account: G.S.53-146.2

(or) we understand that by establishing a Payable on Death account under the provisions of North Carolina General Statute 53-146.2 that:

1. During my (or our) lifetime (for we) individually or jointly may withdraw the money in the account; and
2. By written direction to the bank (or name of institution) (or we) individually or jointly, may change the beneficiary or beneficiaries; and
3. Upon my (or our) death the money remaining in the account will belong to the beneficiary or beneficiaries and the money will not be inherited by my (or our) heirs or be controlled by will.

Customer 1 Name _____  Customer Number (SSN) _____

Customer 1 Signature
| X _____  Date _____

Customer 2 Name _____  Customer Number (SSN) _____

Customer 2 Signature
| X _____  Date _____

**Signatures**

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement, the privacy policy, and the *Direct Deposit Advance Service Agreement and Product Guide** (as each may be amended from time to time) and agree to be bound by their terms. I also agree to the terms of the dispute resolution program described in the foregoing agreements. Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.

*** The Direct Deposit Advance service is not currently available in all states.**

Customer 1 Signature  Date
| X KEITH WAYNE DBA Keith Wayne Hughes 3/13/13
USC TITLE 12 SECTION 411

Customer 2 Signature  Date
| X NANCY KAY DBA NANCY KAY HUGHES
USC TITLE 12 SECTION 411

Any deposits or withdrawals are made with LAWFUL MONEY AND ARE MADE subject to a superceding demand for lawful money express intent to redeem private credit pursuant to title 12 section 411 of the United States Code.

← This change was made on 03/13/2013

Priscilla Lynn Framen

Priscilla Framen CC530  06476
Name                    Officer Code  Loc#
Ph# 970-515-0104        C7531-010
Wells Fargo Bank, N.A.  COID 16?
Centerplace & 47th Office  AU 60620

F001-00000DSG8921-05

© 2012 Wells Fargo Bank, N.A. All rights reserved. Member FDIC (Wells Fargo Confidential Use When Bank of Wells Fargo Confidential Use Area Complete)   Page 9 of 9   DSG8921 (Rev 10 2-13)

FOR REFERENCE ONLY

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** 2013 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____, 2013, ending _____, 20 _____ See separate instructions.

| | |
|---|---|
| Your first name and initial: Nancy K | Last name: Hughes |
| If a joint return, spouse's first name and initial: Keith W | Last name: Hughes |
| Home address (number and street): 454 Buckeye Avenue | Apt. no. |
| City, town or post office, state, and ZIP code: Eaton CO 80615 | |

Your social security number: [redacted]
Spouse's social security number: [redacted]

Presidential Election Campaign — You ☐ Spouse ☐

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- b ☒ Spouse
- c Dependents: (none listed)
- Boxes checked on 6a and 6b: **2**
- Add numbers on lines above ▶ **2**
- d Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | [redacted]4. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 0. |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☒ | 33. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 1[redacted]. |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | [redacted]. |

**Adjusted Gross Income**

| Line | Description | |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 1[redacted]. |

Form 1040 (2013) — FOR REFERENCE ONLY — Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | ▓▓▓ |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | ▓▓▓ |
| | 41 | Subtract line 40 from line 38 | 41 | ▓▓▓ |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | ▓▓▓ |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 98,61▓ |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 44 | ▓▓▓ |
| • All others: Single or Married filing separately, $6,100 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | ▓▓,756 |
| Married filing jointly or Qualifying widow(er), $12,200 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| Head of household, $8,950 | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | ▓▓▓ |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | ▓▓▓ |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | ▓▓▓ |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election | 64b | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | ▓▓▓ |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | ▓▓▓ |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | ▓▓▓ |
| Direct deposit? See instructions. | b | Routing number: X X X X X X X X X  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number: X X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below.   ☒ No

Designee's name ▶           Phone no. ▶           Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature ▶           Date           Your occupation: Unemployed           Daytime phone number: (▓▓▓)

Spouse's signature. If a joint return, **both** must sign.           Date           Spouse's occupation: Consultant           If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

Print/Type preparer's name           Preparer's signature           Date           Check ☐ if self-employed           PTIN

Firm's name ▶ Self-Prepared           Firm's EIN ▶

Firm's address ▶           Phone no.

For Reference Only

# SCHEDULE A
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.
▶ Attach to Form 1040.

OMB No. 1545-0074

**2013**

Attachment Sequence No. **07**

Name(s) shown on Form 1040: Nancy K & Keith W Hughes

Your social security number: [redacted]

**Medical and Dental Expenses**

Caution. Do not include expenses reimbursed or paid by others.

1. Medical and dental expenses (see instructions)
2. Enter amount from Form 1040, line 38
3. Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1949, multiply line 2 by 7.5% (.075) instead
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-

**Taxes You Paid**

5. State and local (check only one box):
   a. [X] Income taxes, or
   b. [ ] General sales taxes
6. Real estate taxes (see instructions)
7. Personal property taxes
8. Other taxes. List type and amount ▶ _____
9. Add lines 5 through 8

**Interest You Paid**

Note. Your mortgage interest deduction may be limited (see instructions).

10. Home mortgage interest and points reported to you on Form 1098
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶
12. Points not reported to you on Form 1098. See instructions for special rules
13. Mortgage insurance premiums (see instructions) — 0.
14. Investment interest. Attach Form 4952 if required. (See instructions.)
15. Add lines 10 through 14

**Gifts to Charity**

If you made a gift and got a benefit for it, see instructions.

16. Gifts by cash or check. If you made any gift of $250 or more, see instructions
17. Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500
18. Carryover from prior year
19. Add lines 16 through 18

**Casualty and Theft Losses**

20. Casualty or theft loss(es). Attach Form 4684. (See instructions.)

**Job Expenses and Certain Miscellaneous Deductions**

21. Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶
22. Tax preparation fees
23. Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____
24. Add lines 21 through 23
25. Enter amount from Form 1040, line 38
26. Multiply line 25 by 2% (.02)
27. Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- — 0.

**Other Miscellaneous Deductions**

28. Other—from list in instructions. List type and amount ▶ _____

**Total Itemized Deductions**

29. Is Form 1040, line 38, over $150,000?
    [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.
    [ ] Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter.
30. If you elect to itemize deductions even though they are less than your standard deduction, check here