Keith Wayne
C/O Registered Mail
454 Buckeye Ave Eaton, CO
[80615]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk;

    Please file this updated Libel of Review in the case jacket of Article III case **14-CV-03405**. This update contains a Refusal for Cause of a Notice of intent to levy from the Department of Treasury IRS. I have sent to the original sender this Refusal For Cause in red ink. ~~Certification of Mailing will be sent in under a different cover.~~

    Please add this document to the case as separate scan.

_____
Keith Wayne

BELOW IS A COPY OF THE CERTIFICATE OF MAILING, WHEREBY A COPY OF THE PRESENTMENT, REFUSED FOR CAUSE WITH ORIGINAL PRESENTMENT, REFUSED FOR CAUSE IN RED INK HAS BEEN MAILED REGISTER MAIL AS INDICATED BACK TO PRESENTER.

| Registered No. RE525847714US | | Date Stamp |
|---|---|---|
| Reg. Fee $11.95 | | 0401 |
| Handling Charge $0.00 | Return Receipt $0.00 | 15 |
| Postage $0.49 | Restricted Delivery $0.00 | 01/30/15 |
| Received by: [signature] | | |
| Customer Must Declare Full Value $0.00 | With Postal Insurance / Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Keith Wayne
454 Buckeye Ave
Eaton, CO 80615

TO: Austin Department of Treasury
IRS
Austin, TX 73301-0030

PS Form 3806, Receipt for Registered Mail  Copy 1 - Customer
May 2004 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES POSTAL SERVICE®  **Certificate Of Mailing**
Date of Mailing provides evidence that mail has been presented to USPS® for mailing. May be used for domestic and international mail.

Keith Wayne
454 Buckeye Ave
Eaton, CO 80615

Dept of Treasury
IRS
Austin, TX 73301

m 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
GREELEY, CO 80634
JAN 30, 15
AMOUNT $1.30
0011002615


Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0030


7161 7617 9285 5614 1577

060880.372020.343286.11802 2 AB 0.406 1134



| | |
|---|---|
| Notice | CP504 |
| Tax Year | 2013 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 660180 |
| Page 1 of 4 | |



KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

060880

**REFUSAL FOR CAUSE**

## Notice of intent to seize ("levy") your state tax refund or other property

# Amount due immediately: *

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2013 (Form CIVPEN). If you don't call us immediately or pay the amount due, we may seize ("levy") your property or rights to property (including any state tax refunds) and apply it to the * you owe.

### Billing Summary

| | |
|---|---|
| Amount you owed | $5,000.00 * |
| Interest charges | 23.07 |
| **Amount due immediately** | * |

*Please call 1-800-829-0922 for penalty and interest charges and remaining balance.

### What you need to do immediately

**Pay immediately**

- Pay the amount due of * or we may seize ("levy") your property or rights to property (including any state tax refunds). If you fail to pay by February 12, 2015, interest will increase and additional penalties may apply. **You can pay online now at www.irs.gov/e-pay.**

Continued on back...

---



**Payment**

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| | |
|---|---|
| Notice | CP504 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2013), and the form number (CIVPEN) on your payment and any correspondence.

**Amount due immediately**

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0025



250453597 RY HUGH 55 0 201312 670 00000000000


|  |  |
|---|---|
|  | WI |
| Notice | CP504 |
| Tax Year | 2013 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |
| Page 3 of 4 |  |


060880

### If we don't hear from you

- If you don't pay or make payment arrangements by February 12, 2015, we may seize ("levy") your property or rights to property (including any state refund).
- Property and your rights to property include:
  - Wages, real estate commissions, and other income
  - Bank accounts
  - Personal assets (e.g., your car and home)
  - Social Security benefits
- This is your Notice of Intent to Levy. (Internal Revenue Code section 6331 (d)).
- If you don't pay the amount due or call us to make payment arrangements, we may file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.
- If the lien is filed, you may find it difficult to sell or borrow against your property. The Notice of Federal Tax Lien would also appear on your credit report – which may harm your credit rating – and your creditors would also be publicly notified that the IRS has priority to seize your property.

### Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---:|
| **Total interest** | **$23.07** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-0922.

| Period | Interest rate |
|---|---:|
| October 1, 2013 through December 31, 2013 | 3% |
| January 1, 2014 through March 31, 2014 | 3% |
| April 1, 2014 through June 30, 2014 | 3% |
| July 1, 2014 through September 30, 2014 | 3% |
| October 1, 2014 through December 31, 2014 | 3% |
| January 1, 2015 through March 31, 2015 | 3% |

### Additional information

- Visit www.irs.gov/cp504
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Review the enclosed IRS Collection Process (Publication 594).
- Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.
- Paying online is convenient, secure, and ensures timely receipt of your payment. To pay your taxes online or for more information, go to www.irs.gov/e-pay.
- Keep this notice for your records.
Continued on back...



REFUSAL FOR CAUSE





Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0030

7161 7617 9285 5614 1560

060879.372020.343286.11802 2 AB 0.406 1134

| | |
|---|---|
| Notice | CP504 |
| Tax Year | 2013 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 420057 |
| Page 1 of 4 | |

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

060879

**REFUSAL FOR CAUSE**

## Notice of intent to seize ("levy") your state tax refund or other property

# Amount due immediately: *

As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2013 (Form CIVPEN). If you don't call us immediately or pay the amount due, we may seize ("levy") your property or rights to property (including any state tax refunds) and apply it to the * you owe.

### Billing Summary

| | |
|---|---|
| Amount you owed | $5,000.00 * |
| Interest charges | 23.07 |
| **Amount due immediately** | * |

*Please call 1-800-829-0922 for penalty and interest charges and remaining balance.

### What you need to do immediately

**Pay immediately**

- Pay the amount due of * or we may seize ("levy") your property or rights to property (including any state tax refunds). If you fail to pay by February 12, 2015, interest will increase and additional penalties may apply. **You can pay online now at www.irs.gov/e-pay.**

Continued on back...

---

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| | |
|---|---|
| Notice | CP504 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |

**Payment**

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2013), and the form number (CIVPEN) on your payment and any correspondence.

**Amount due immediately** [        ]

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0025

508924034 UI HUGH 55 0 201312 670 00000000000


REFUSAL FOR CAUSE

| | WI |
|---|---|
| Notice | CP504 |
| Tax Year | 2013 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |
| Page 3 of 4 | |


060879

| **If we don't hear from you** | • If you don't pay or make payment arrangements by February 12, 2015, we may seize ("levy") your property or rights to property (including any state refund).<br>• Property and your rights to property include:<br>  – Wages, real estate commissions, and other income<br>  – Bank accounts<br>  – Personal assets (e.g., your car and home)<br>  – Social Security benefits<br>• This is your Notice of Intent to Levy. (Internal Revenue Code section 6331 (d)).<br>• If you don't pay the amount due or call us to make payment arrangements, we may file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.<br>• If the lien is filed, you may find it difficult to sell or borrow against your property. The Notice of Federal Tax Lien would also appear on your credit report – which may harm your credit rating – and your creditors would also be publicly notified that the IRS has priority to seize your property. |
|---|---|
| **Interest charges** | We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601) |

| Description | Amount |
|---|---|
| **Total interest** | **$23.07** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 1-800-829-0922.

| Period | Interest rate |
|---|---|
| October 1, 2013 through December 31, 2013 | 3% |
| January 1, 2014 through March 31, 2014 | 3% |
| April 1, 2014 through June 30, 2014 | 3% |
| July 1, 2014 through September 30, 2014 | 3% |
| October 1, 2014 through December 31, 2014 | 3% |
| January 1, 2015 through March 31, 2015 | 3% |

| **Additional information** | • Visit www.irs.gov/cp504<br>• For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).<br>• Review the enclosed IRS Collection Process (Publication 594).<br>• Generally, we deal directly with taxpayers or their authorized representatives. Sometimes, however, it's necessary for us to speak with other people, such as employees, employers, banks, or neighbors to gather the information we need about a taxpayer's account. You have the right to request a list of individuals we've contacted in connection with your account at any time.<br>• Paying online is convenient, secure, and ensures timely receipt of your payment. To pay your taxes online or for more information, go to www.irs.gov/e-pay.<br>• Keep this notice for your records. |
|---|---|

Continued on back...



| Notice | CP504 |
|---|---|
| Tax Year | 2013 |
| Notice date | February 2, 2015 |
| Social Security number | 509-**-4034 |
| Page 4 of 4 | |

Additional information—**continued**

If you need assistance, please don't hesitate to contact us.



**REFUSAL FOR CAUSE**

|  |  |
|---|---|
|  | WI |
| Notice | CP504 |
| Tax Year | 2013 |
| Notice date | February 2, 2015 |
| Social Security number | 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 |
| Page 2 of 4 |  |

**What you need to do immediately—continued**



**Pay immediately—continued**

- Pay the amount due of * or we may seize ("levy") your property or rights to property (including any state tax refunds). If you fail to pay by February 12, 2015, interest will increase and additional penalties may apply. **You can pay online now at www.irs.gov/e-pay.**
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov for more information about:
  - Credit card and debit payments
  - Electronic payments
  - Possible consequences for non-payment
  - Installment and payment plans:
    - Automatic deductions from your bank account
    - Payroll deductions

Or, call us at 1-800-829-0922 to discuss your options.

If you need to pay your tax debt overtime, we encourage you to apply for a Direct Debt Installment Agreement. These agreements save you time and money by having your monthly payment automatically withdrawn from your bank account. There are no checks to write and mail and these agreements have a reduced user fee.

Apply for a payment plan by completing Form 433-F prior to calling us at 1-800-829-0922. This will assist us in handling your call more efficiently.

If you've already paid your balance in full within the past 14 days or made payment arrangements, please disregard this notice.

---



**IRS**

**Contact information**

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| Notice | CP504 |
|---|---|
| Notice date | February 2, 2015 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2013), and the form number (CIVPEN) on any correspondence.

| Primary phone | Best time to call | ☐ a.m. ☐ p.m. | Secondary phone | Best time to call | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0025

REFUSAL FOR CAUSE



| | WI |
|---|---|
| **Notice** | CP504 |
| **Tax Year** | 2013 |
| **Notice date** | February 2, 2015 |
| **Social Security number** | 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 |
| **Page 4 of 4** | |

Additional information—**continued**

If you need assistance, please don't hesitate to contact us.

REFUSAL FOR CAUSE



**What you need to do immediately—continued**

*not for return because*

**Pay immediately—continued**

- Pay the amount due of * or we may seize ("levy") your property or rights to property (including any state tax refunds). If you fail to pay by February 12, 2015, interest will increase and additional penalties may apply. **You can pay online now at www.irs.gov/e-pay.**
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov for more information about:
  — Credit card and debit payments
  — Electronic payments
  — Possible consequences for non-payment
  — Installment and payment plans:
    • Automatic deductions from your bank account
    • Payroll deductions

Or, call us at 1-800-829-0922 to discuss your options.

If you need to pay your tax debt overtime, we encourage you to apply for a Direct Debt Installment Agreement. These agreements save you time and money by having your monthly payment automatically withdrawn from your bank account. There are no checks to write and mail and these agreements have a reduced user fee.

Apply for a payment plan by completing Form 433-F prior to calling us at 1-800-829-0922. This will assist us in handling your call more efficiently.

If you've already paid your balance in full within the past 14 days or made payment arrangements, please disregard this notice.

---



**Contact information**

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| Notice | CP504 |
|---|---|
| Notice date | February 2, 2015 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2013), and the form number (CIVPEN) on any correspondence.

| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |
|---|---|---|---|
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0025

*REFUSAL FOR CAUSE*