**Keith Wayne**
**C/O Registered Mail**
454 Buckeye Ave Eaton, CO
[80615]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk;

    Please file this updated Libel of Review in the case jacket of Article III case **14-CV-03405.** This is update contains a copy the Affidavit of Process Server.

Please add this document to the case as separate scan.

_____
Keith Wayne

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Colorado

Keith Wayne

    Plaintiff(s),

vs.

Jacob Joseph Lew

    Defendant(s).

Attorney: NONE

Keith Wayne
454 Buckeye Ave.
Eaton CO 80615

*87701*

Case Number: 14-CV-03405

Legal documents received by Same Day Process Service, Inc. on 12/31/2014 at 12:45 PM to be served upon Jacob Joseph Lew at 1500 Pennsylvania Ave., NW, Washington, DC 20220

I, Robert Briggs-Snodgrass, swear and affirm that on January 06, 2015 at 4:30 PM, I did the following:

Served Jacob Joseph Lew by delivering a conformed copy of the Summons in a Civil Action; Complaint; Attachments to LASALLE LEAK as Mail Clerk & Authorized Agent of Jacob Joseph Lew at 1500 Pennsylvania Ave., NW, Washington, DC 20220.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5"4"-5"8" Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Robert B-N_
Robert Briggs-Snodgrass
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 87701

District of Columbia: SS
Subscribed and Sworn to before me
this 7th day of January, 2015

_Andrew Yonki_
Andrew Yonki, Notary Public, D.C.
My commission expires October 31, 2019