

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 4 2015

JEFFREY P. COLWELL
CLERK

# Keith Wayne
## c/o Registered Mail
454 Buckeye Ave
Eaton, Colorado
[80615]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Judge,

    Please see Doc 4 in the case jacket of Article III case 14-CV-03405. The document shows a document asking for unanimous decision for reference to a Magistrate Judge. This document was Refused for Cause back to the clerk who presented the presentment. The enclosed is a reiteration of this Refusal for Cause. A copy of the enclosed refusal for cause has been sent to the clerk for recording in the case jacket to ensure proper documentation trail has been maintained.

Respectfully submitted,

*[signature]*
Keith Wayne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 4 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE,

Plaintiff(s),

v.

JACOB JOSEPH LEW,

Defendant(s).

REFUSAL FOR CAUSE

---

ORDER SETTING STATUS CONFERENCE
FOR PRO SE PLAINTIFF

---

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge entered by Judge R. Brooke Jackson on December 29, 2014 (Docket No. 3).

IT IS HEREBY ORDERED that plaintiff shall forthwith serve the defendant. It is further

ORDERED that a Status Conference shall be held on:

> January 28, 2015, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

**Plaintiff is advised that failure to appear for this conference may very well**

result in the imposition of sanctions, which could include a recommendation that this action be dismissed with prejudice.

~~REFUSAL FOR CAUSE~~

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 30th day of December, 2014.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge