FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 4 2015

JEFFREY P. COLWELL
CLERK

**Keith Wayne**
**c/o Registered Mail**
454 Buckeye Ave
Eaton, Colorado
[80615]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Judge,

    Please see Doc 4 in the case jacket of Article III case 14-CV-03405. The document shows a document asking for unanimous decision for reference to a Magistrate Judge. This document was Refused for Cause back to the clerk who presented the presentment. The enclosed is a reiteration of this Refusal for Cause. A copy of the enclosed refusal for cause has been sent to the clerk for recording in the case jacket to ensure proper documentation trail has been maintained.

Respectfully submitted,

*[signature]*
Keith Wayne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

    Plaintiff,

v.

JACOB JOSEPH LEW,

    Defendant.



Refusal for cause

---

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C) and Fed.R.Civ.P. 72(a) and (b), and D.C.COLO.LCivR 72.1C, United States Magistrate Judge Michael J. Watanabe is designated to conduct proceedings in this civil action as follows:

(X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Alternative Dispute Resolution Authority: Court Sponsored alternative dispute resolution is governed by D.C.COLOCivR 16.6. On the recommendation or informal request of the magistrate judge, or on the request of the parties by motion, the Court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

( ) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED this 29th day of December, 2014.

*REFUSAL FOR CAUSE*

BY THE COURT:

*/s/ Brooke Jackson*

R. Brooke Jackson
United States District Judge