# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-03405-RBJ-MJW | FTR - Courtroom A-502 |
| **Date:**   February 20, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| KEITH WAYNE HUGHES, | - - no appearance - - |
| Plaintiff(s), | |
| v. | |
| JACOB JOSEPH LEW, | Jennifer Y. Golden  (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **SHOW CAUSE HEARING**
**Court in Session:**   9:40 a.m.

Court calls case.  Appearance of defense counsel.  The time set for this Show Cause Hearing is 9:30 a.m.  The Court has waited to call the case to allow time for the *Pro Se* Plaintiff to appear.  Plaintiff does not appear.

Plaintiff was ordered to appear in person and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b).

The Court raises the Order to Show Cause [Docket No. 14, filed January 28, 2015] for discussion.

**It is ORDERED:**     The ORDER TO SHOW CAUSE [Docket No. **14**, filed January 28, 2015] is made absolute.  A written Recommendation shall issue.

Defendant makes an Oral Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint.

**It is ORDERED:**     The Defendant's Oral Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 1] is **GRANTED.**  Defendant shall have up to and including **APRIL 30, 2015** to answer or otherwise respond to the Complaint [1].
Defendant is granted leave to file a Motion to Extend the Deadline if no ruling has been made by Judge Jackson  on the Recommendation by April 30, 2015.

HEARING CONCLUDES.     **Court in recess:**   9:45 a.m.       Total In-Court Time:   00:05