**Keith Wayne**
**C/O Registered Mail**
454 Buckeye Ave
Easton, Colorado.
[80615 ]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Registered Mail #RA

Dear Clerk;

Please file this refusal for cause in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause written in red ink back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
Keith Wayne

DOJ

JENNIFER YO GOLDEN
US DOJ #683
P.O BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC [20044-c]

| Registered No. RR525848238US | | Date Stamp |
|---|---|---|
| Reg. Fee $11.95 | | |
| Handling Charge $0.00 | Return Receipt $0.00 | GREELEY MAIN PO 03/04/15 |
| Postage $0.49 | Restricted Delivery $0.00 | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $0.00 | ☑ With Postal Insurance ☐ Without Postal Insurance | |

OFFICIAL USE

FROM:
KEITH WAYNE
454 BUCKEYE AVE
EASTON, CO 80615

TO:
WASHINGTON DC 20044 YO GOLDEN
US DEPT OF JUSTICE
P.O BOX 683
WASHINGTON, DC 20044-0683

PS Form **3806**, **Receipt for Registered Mail** Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# Keith Wayne
# C/O Registered Mail
### 454 Buckeye Ave
### Easton, Colorado.
### [80615 ]

United States District Court  
for the District of Colorado  
901 19th Street – A105  
Denver, Colorado [80294]

Registered Mail #RA

Dear Clerk;

Please file this refusal for cause in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause written in red ink back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

*Keith Wayne* (signed)

Keith Wayne

Michael J Watanabe  
United States District Court

| Registered No. RR525848207US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee $11.95 | | | 0401 |
| Handling Charge $0.00 | Return Receipt $0.00 | | MAR 04 2015 |
| Postage $0.70 | Restricted Delivery $0.00 | | 03/04/15 |
| Received by *Bell* | | | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $$0.00 | ☐ With Postal Insurance ☒ Without Postal Insurance | | |

OFFICIAL USE

FROM: KEITH WAYNE  
454 BUCKEYE AVE  
EATON, CO 80615

TO: MICHAEL J WATANABE  
UNITED STATES DISTRICT COURT  
901 19th STREET  
DENVER CO [80294]

CC: TO FILE

PS Form **3806**, Receipt for Registered Mail  Copy 1 - Customer  
May 2004 (7530-02-000-9051) (See Information on Reverse)  
For domestic delivery information, visit our website at www.usps.com ®

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER
CO 802
20 FEB '15
PM 1 L

neopost
02/20/2015
US POSTAGE
$00.69
ZIP 80294
041L11245087

REFUSAL FOR CAUSE

14-CV-03405-RBS-MJW

80615821754

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

*Refusal for cause*

| | |
|---|---|
| Civil Action No.  14-cv-03405-RBJ-MJW | FTR - Courtroom A-502 |
| Date:   February 20, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| KEITH WAYNE HUGHES, | - - no appearance - - |
| Plaintiff(s), | |
| v. | |
| JACOB JOSEPH LEW, | Jennifer Y. Golden  (by telephone) |
| Defendant(s). | |

COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SHOW CAUSE HEARING**
**Court in Session:**   9:40 a.m.
Court calls case. Appearance of defense counsel. The time set for this Show Cause Hearing is 9:30 a.m. The Court has waited to call the case to allow time for the *Pro Se* Plaintiff to appear. Plaintiff does not appear.
Plaintiff was ordered to appear in person and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b).

The Court raises the Order to Show Cause [Docket No. 14, filed January 28, 2015] for discussion.

**It is ORDERED:**   The ORDER TO SHOW CAUSE [Docket No. **14**, filed January 28, 2015] is made absolute.  A written Recommendation shall issue.

Defendant makes an Oral Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint.

**It is ORDERED:**   The Defendant's Oral Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 1] is **GRANTED.** Defendant shall have up to and including **APRIL 30, 2015** to answer or otherwise respond to the Complaint [1].
Defendant is granted leave to file a Motion to Extend the Deadline if no ruling has been made by Judge Jackson on the Recommendation by April 30, 2015.

HEARING CONCLUDES.   **Court in recess:**   9:45 a.m.      Total In-Court Time:   00:05

## Other Documents

1:14-cv-03405-RBJ-MJW Hughes v. Lew

ALLMTN,MAGR


REFUSAL FOR CAUSE

U.S. District Court

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/20/2015 at 11:16 AM MST and filed on 2/20/2015

**Case Name:** Hughes v. Lew
**Case Number:** 1:14-cv-03405-RBJ-MJW
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**CERTIFICATE of Mailing/Service : [24] Courtroom Minutes/Minute Order of Show Cause Hearing and [25] Report and Recommendation mailed to Keith Wayne Hughes, 454 Buckeye Avenue, Eaton, CO 80615. (emill)**

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden    jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

CM/ECF - U.S. District Court:cod    Page 1 of 1

## Minute Entries and Orders on Motions
1:14-cv-03405-RBJ-MJW Hughes v. Lew

ALLMTN



*[Handwritten annotation: "REFUSAL FOR CAUSE"]*

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/20/2015 at 10:45 AM MST and filed on 2/20/2015
**Case Name:**    Hughes v. Lew
**Case Number:**    1:14-cv-03405-RBJ-MJW
**Filer:**
**Document Number:** 24

**Docket Text:**
**COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Show Cause Hearing held on 2/20/2015. Plaintiff failed to appear as ordered. Order to Show Cause [14] made absolute. Granting Defendant's Oral Motion for Extension of Time to Answer or Otherwise Respond to Complaint [1] to 4/30/2015. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill)**

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden    jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=2/20/2015] [FileNumber=4889204-0
] [50f28088e0f4be2b825bb759da4f6d0d84f6088df5de2d560950de3293c9a8efbca
319a2a64fed856f2a96b4ef6c2f1783cada48c9c46bf1f398460d28035bad]]

https://ecf.cod.circ10.dcn/cgi-bin/Dispatch.pl?12274506970995    2/20/2015

454 Buckeye Ave
Eaton, CO 80615

RR 525 848 215 US

Michael Watanabe
United States District Court
901 19th Street
Denver, CO [80294]

14-cv-3405 RBD
#24 BL 3/7



U.S. POSTAGE
PAID
GREELEY, CO
80634
MAR 04, 15
AMOUNT
$12.44
0011209403

**Minute Entries and Orders on Motions**
1:14-cv-03405-RBJ-MJW Hughes v. Lew

ALLMTN


REFUSAL FOR CAUSE

U.S. District Court

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 2/20/2015 at 10:45 AM MST and filed on 2/20/2015
**Case Name:** Hughes v. Lew
**Case Number:** 1:14-cv-03405-RBJ-MJW
**Filer:**
**Document Number:** 24

**Docket Text:**
**COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Show Cause Hearing held on 2/20/2015. Plaintiff failed to appear as ordered. Order to Show Cause [14] made absolute. Granting Defendant's Oral Motion for Extension of Time to Answer or Otherwise Respond to Complaint [1] to 4/30/2015. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill)**

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden    jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=2/20/2015] [FileNumber=4889204-0
] [50f28088e0f4be2b825bb759da4f6d0d84f6088df5de2d560950de3293c9a8efbca
319a2a64fed856f2a96b4ef6c2f1783cada48c9c46bf1f398460d28035bad]]

**Other Documents**
1:14-cv-03405-RBJ-MJW Hughes v. Lew

ALLMTN,MAGR



REFUSAL FOR CAUSE

**U.S. District Court**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 2/20/2015 at 11:16 AM MST and filed on 2/20/2015
**Case Name:** Hughes v. Lew
**Case Number:** 1:14-cv-03405-RBJ-MJW
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**CERTIFICATE of Mailing/Service : [24] Courtroom Minutes/Minute Order of Show Cause Hearing and [25] Report and Recommendation mailed to Keith Wayne Hughes, 454 Buckeye Avenue, Eaton, CO 80615. (emill)**

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden    jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

*Refusal for cause*

| | |
|---|---|
| Civil Action No.   14-cv-03405-RBJ-MJW | FTR - Courtroom A-502 |
| Date:   February 20, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| KEITH WAYNE HUGHES, | - - no appearance - - |
| Plaintiff(s), | |
| v. | |
| JACOB JOSEPH LEW, | Jennifer Y. Golden  (by telephone) |
| Defendant(s). | |

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   SHOW CAUSE HEARING**
**Court in Session:**   9:40 a.m.
Court calls case. Appearance of defense counsel. The time set for this Show Cause Hearing is 9:30 a.m. The Court has waited to call the case to allow time for the *Pro Se* Plaintiff to appear. Plaintiff does not appear.
Plaintiff was ordered to appear in person and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b).

The Court raises the Order to Show Cause [Docket No. 14, filed January 28, 2015] for discussion.

**It is ORDERED:**   The ORDER TO SHOW CAUSE [Docket No. **14**, filed January 28, 2015] is made absolute.  A written Recommendation shall issue.

Defendant makes an Oral Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint.

**It is ORDERED:**   The Defendant's Oral Motion to Extend the Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 1] is **GRANTED**. Defendant shall have up to and including **APRIL 30, 2015** to answer or otherwise respond to the Complaint [1].
Defendant is granted leave to file a Motion to Extend the Deadline if no ruling has been made by Judge Jackson on the Recommendation by April 30, 2015.

HEARING CONCLUDES.    **Court in recess:**   9:45 a.m.         Total In-Court Time:  00:05

<div align="center">

# Keith Wayne
# C/O Registered Mail
454 Buckeye Ave
Easton, Colorado.
[80615 ]

</div>

United States District Court            Registered Mail #RA
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk;

    Please file this refusal for cause in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause written in red ink back to the presenter in a timely fashion.

<div align="center">

### Certificate of Mailing

</div>

    My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____
                 Keith Wayne

Michael J Watanabe
United States District Court