FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2015

JEFFREY P. COLWELL
CLERK

# Keith Wayne
## C/O Registered Mail
**454 Buckeye Ave**
**Easton, Colorado.**
**[80615 ]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Registered Mail #RA

Dear Clerk;

Please file this Default Judgment in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the Default Judgment to the presenter in a timely fashion per summons.

RBJ- MJW

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, Default Judgment with the original clerk instruction to the district court and a copy of this clerk instruction has been mailed registered mail as indicated.

*Keith Wayne*
Keith Wayne

---

**Registered No.** RR525848388US

| | |
|---|---|
| Reg. Fee | $11.95 |
| Handling Charge | $0.00 |
| Return Receipt | $0.00 |
| Postage | $0.49 |
| Restricted Delivery | $0.00 |

Date Stamp: GREELEY MAIN PO, MAR 12 2015, 03/12/15

Received by: *Billy*

Customer Must Declare Full Value $$0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
KEITH WAYNE
454 BUCKEYE AVE
EATON, CO [80615]

TO:
US DOJ DC #683
P.O. BOX 683 BEN FRANKLIN STATION
WASHINGTON, DC [20044-0683]

PS Form **3806**, **Receipt for Registered Mail** *Copy 1 - Customer*
May 2004 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com ®

# Keith Wayne
# C/O Registered Mail
**454 Buckeye Ave**
**Easton, Colorado.**
**[80615 ]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Registered Mail #RA

Dear Clerk;

    Please file this Default Judgment in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the Default Judgment to the presenter in a timely fashion per summons.

## Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, Default Judgment with the original clerk instruction to the district court and a copy of this clerk instruction has been mailed registered mail as indicated.

*Keith Wayne*
Keith Wayne

---

**Registered No.** RR525848374US

| Reg. Fee | $11.95 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $0.49 | Restricted Delivery | $0.00 |
| Received by | Bell | | |
| Customer Must Declare Full Value $0.00 | | ☐ With Postal Insurance ☑ Without Postal Insurance | |

Date Stamp: GREELEY MAIN PO, MAR 12 2015, 03/12/15

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: KEITH WAYNE / 454 BUCKEYE AVE / EATON CO [80615]

TO: ~~WASHINGTON DC [20220]~~ JOSEPH LEW / 1500 PENNSYLVANIA AVE NW / City of WASHINGTON, DC [20220]

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# Default judgment

Jacob Joseph LEW has failed to assert any claim to Keith Wayne by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served;

> You are hereby summoned and required to serve upon plaintiff, whose address is: Keith Wayne; 454 Buckeye Avenue; Eaton, Colorado. [80615] AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Keith Wayne. Jacob Joseph LEW is by law to forfeit claim and/or seizure upon Keith Wayne's property and person. If Jacob Joseph LEW fails to do so, a certificate of exigent circumstances will issue calling for Jacob Joseph LEW's arrest in the cognizance of the State Department and Speaker of the House.

*Keith Wayne*
454 Buckeye Avenue
Eaton, Colorado. [80615]