FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 18 2015
JEFFREY P. COLWELL
CLERK

# Keith Wayne
## C/O Registered Mail
**454 Buckeye Ave**
**Easton, Colorado.**
**[80615 ]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Registered Mail #RA

RBJ-MJW

Dear Clerk;

Please file this refusal for cause in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I or my wife Nancy Kay have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause written in red ink back to the presenter in a timely fashion.

## Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

*Keith Wayne*
Keith Wayne

---

**Registered No.** RE525848365US

| Reg. Fee | $11.95 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $0.49 | Restricted Delivery | $0.00 |

Received by: *Bill*

Date Stamp: GREELEY MAIN PO, 03/12/15

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
KEITH WAYNE
454 BUCKEYE AVE
EATON, CO 80615

TO:
FRESNO CA 93779 TREASURY - IRS
ACS SUPPORT
P.O. BOX 24017
FRESNO, CA 93779-4017

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



**Department of Treasury**
Internal Revenue Service
ACS Support
P.O. Box 24017
Fresno, CA 93779-4017



7161 7617 9285 6448 0897

| | |
|---|---|
| Notice | LT11 |
| Notice Date | March 5, 2015 |
| Taxpayer ID number | |
| Case reference number | |
| To contact us | 1-800-829-7650 |
| Page 1 of 4 | |

000790.383732.384686.12871 2 AB 0.406 1738



000790

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

**REFUSAL FOR CAUSE**

Redeemed in lawful money:
per 12 USC 411
Nancy Kay dba
Nancy Kay Hughes

Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $5,047.07

We haven't received a payment despite sending you several notices about your overdue taxes. The IRS may seize (levy) your property or your rights to property on or after April 4, 2015.

Property includes:
- Wages and other income
- Bank accounts
- Business assets
- Personal assets (including your car and home)
- Alaska Permanent Fund Dividend and state tax refund
- Social Security benefits

**Billing Summary**

| | |
|---|---|
| Amount you owed | $5,000.00 |
| Additional interest charges | 47.07 |
| **Amount due immediately** | **$5,047.07** |

Continued on back...

---



**Payment**

INTERNAL REVENUE SERVICE
ACS SUPPORT
P.O. BOX 24017
FRESNO, CA 93779-4017

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| | |
|---|---|
| Notice | LT11 |
| Notice date | March 5, 2015 |
| Taxpayer ID number | |
| Case reference number | |

- Make your check or money order payable to the United States Treasury.
- Write your Taxpayer ID number ( ) and the tax period(s) on your payment and any correspondence.

| Amount due | $5,047.07 |
|---|---|

XXXXX4034 00    HUGH 55 0 201312    00000504707



*REFUSAL FOR CAUSE*

## What you need to do immediately — continued

000790

## About Federal Tax Liens

The tax lien is a claim against all of your property that arises once you have not paid your bill. If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien at any time, if we haven't already done so. The Notice of Federal Tax Lien publically notifies your creditors that the IRS has a lien (or claim) against all your property, including property acquired by you after the Notice of Federal Tax Lien is filed. Once the lien's notice to creditors has been filed, it may appear on your credit report and may harm your credit rating or make it difficult for you to get credit (such as a loan or credit card). It cannot be released until your bill, including interest, penalties, and fees, is paid in full, we accept a bond guaranteeing payment of the amount owed, or we determine that you don't owe or the liablility is reduced to zero. The lien's notice to creditors may be withdrawn under certain circumstances. You can find additional information about tax liens, including helpful videos, at http://www.irs.gov/Businesses/Small-Businesses-&-Self-Employed/Understanding-a-Federal-Tax-Lien or by typing lien in the IRS.gov search box.

## If we don't hear from you

If you don't call us immediately, pay the amount due, or request a hearing by April 4, 2015, we may seize (levy) your property or your rights to property. Property includes:
- Wages and other income
- Bank accounts
- Business assets
- Personal assets (including your car and home)
- Social Security benefits

## Your billing details

| Tax period ending | Form number | Amount you owed | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|
| 12/31/2013 | CIVPEN | $5,000.00 | $47.07 | $.00 | $5,047.07 |

## Interest charges

We are required by law to charge interest when you don't pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code Section 6601)

For a detailed calculation of your interest, call 1-800-829-7650.

Continued on back...



**Notice** LT11
**Notice Date** March 5, 2015
**Taxpayer ID number**
**Case reference number**
Page 2 of 4

# REFUSAL FOR CAUSE

## What you need to do immediately

*[handwritten "REFUSAL FOR CAUSE" shown in reverse/bleed-through]*

## Pay immediately

- Send us the amount due of **$5,047.07**, or we may seize (levy) your property on or after April 4, 2015.
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov/payments for more information about:
  - Installment and payment agreements-download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-7650 to discuss your options.
- If you've already paid your balance in full or think we haven't credited a payment to your account, please send proof of that payment.

## Right to request a Collection Due Process hearing

If you wish to appeal this proposed levy action, complete and mail the enclosed Form 12153, Request for a Collection Due Process or Equivalent Hearing, by April 4, 2015. Send the form to us at the address listed at the top of page 1. Be sure to include the reason you are requesting a hearing (see section 8 of, and the instructions to, Form 12153) as well as other information requested by the form. If you don't file Form 12153 by April 4, 2015, you will lose the ability to contest Appeals' decision in the U.S. Tax Court.

---



**Contact information**

INTERNAL REVENUE SERVICE
ACS SUPPORT
P.O. BOX 24017
FRESNO, CA 93779-4017

NANCY K HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| | |
|---|---|
| Notice | LT11 |
| Notice date | March 5, 2015 |
| Taxpayer ID number | |
| Case reference number | |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.
☐ Please check here if you've included any correspondence. Write your Taxpayer ID number and the tax period(s) on any correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |

XXXXX4034 00 HUGH 55 0 201312



| Notice | LT11 |
|---|---|
| Notice Date | March 5, 2015 |
| Taxpayer ID number | |
| Case reference number | |
| Page 4 of 4 | |

*REFUSAL FOR CAUSE*

**Additional information**
- Visit www.irs.gov/lt11
- For tax forms, instructions and publications, visit www.irs.gov or call 1-800-TAX FORM (1-800-829-3676).
- Review the enclosed documents:
  - IRS Collection Process (Publication 594)
  - Collection Appeals Rights (Publication 1660)
  - Request for a Collection Due Process Hearing (Form 12153)
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.