# Keith Wayne
# C/O Registered Mail

**454 Buckeye Ave**
**Easton, Colorado.**
**[80615 ]**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Registered Mail #RA

Dear Clerk;

Please file this refusal for cause in the case jacket of Article III case **14-CV-03405**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause written in red ink back to the presenter in a timely fashion.

*RBJ-*
*MJW*

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

Keith W

---

| Registered No. | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | | | GREELEY MAIN |
| Handling Charge | | Return Receipt | MAR 1 6 2015 |
| Postage | | Restricted Delivery | GREELEY, CO |
| Received by | | | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | | With Postal Insurance | |
| | | Without Postal Insurance | |
| OFFICIAL USE | | | |
| FROM | | | |
| TO | | | |

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806,**   **Receipt for Registered Mail**   *Copy 2 - Post Office*
May 2004 (7530-02-000-9051)



Department of Treasury
Internal Revenue Service
ACS Support
P.O. Box 24017
Fresno, CA 93779-4017



7161 7617 9285 6632 1938

| Notice | LT11 |
|---|---|
| Notice Date | March 10, 2015 |
| Taxpayer ID number | |
| Case reference number | |
| To contact us | 1-800-829-7650 |

Page 1 of 4

007042.385188.390881.13012 2 MB 0.435 1738



07042

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

REFUSAL FOR CAUSE

Notice of intent to levy

# Intent to seize your property or rights to property

## Amount due immediately: $5,049.97

We haven't received a payment despite sending
you several notices about your overdue taxes.
The IRS may seize (levy) your property or your
rights to property on or after April 9, 2015.

Property includes:

- Wages and other income
- Bank accounts
- Business assets
- Personal assets (including your car and
  home)
- Alaska Permanent Fund Dividend and state
  tax refund
- Social Security benefits

### Billing Summary

| | |
|---|---|
| Amount you owed | $5,000.00 |
| Additional interest charges | 49.97 |
| **Amount due immediately** | **$5,049.97** |

Continued on back...

REFUSAL FOR CAUSE



KEITH W HUGHES
454 BUCKEYE AVE
EATON CO 80615-8217543

| Notice | LT11 |
|---|---|
| Notice date | March 10, 2015 |
| Taxpayer ID number | |
| Case reference number | |

Make your check or money order payable to the United States Treasury.
Write your Taxpayer ID number             and the tax period(s) on your
payment and any correspondence.

# Payment

INTERNAL REVENUE SERVICE
ACS SUPPORT.
P.O. BOX 24017.
FRESNO, CA 93779-4017.

Amount due

$5,049.97

XXXXX3597 00     HUGH 55 0 201312     00000504997



**REFUSAL FOR CAUSE**

| Notice | LT11 |
| --- | --- |
| Notice Date | March 10, 2015 |
| Taxpayer ID number | |
| Case reference number | 9897939514 |
| Page 2 of 4 | |

## What you need to do immediately

**Pay immediately**

- Send us the amount due of **$5,049.97, or we may seize (levy) your property** on or after April 9, 2015.
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time.  Visit www.irs.gov/payments for more information about:
  - Installment and payment agreements-download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 1-800-829-7650 to discuss your options.
- If you've already paid your balance in full or think we haven't credited a payment to your account, please send proof of that payment.

**Right to request a Collection Due Process hearing**

If you wish to appeal this proposed levy action, complete and mail the enclosed Form 12153, Request for a Collection Due Process or Equivalent Hearing, by April 9, 2015.  Send the form to us at the address listed at the top of page 1.  Be sure to include the reason you are requesting a hearing (see section 8 of, and the instructions to, Form 12153) as well as other information requested by the form.  If you don't file Form 12153 by April 9, 2015, you will lose the ability to contest Appeals' decision in the U.S. Tax Court.



**REFUSAL FOR CAUSE**

---



**IRS**

KEITH W HUGHES
454 BUCKEYE AVE
EATON CO  80615-8217543

| Notice | LT11 |
| --- | --- |
| Notice date | March 10, 2015 |
| Taxpayer ID number | |
| Case reference number | |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Taxpayer ID number( ) and the tax period(s) on any correspondence.

**Contact information**

INTERNAL REVENUE SERVICE
ACS SUPPORT.
P.O. BOX 24017.
FRESNO, CA 93779-4017.

|  | ☐ a.m. ☐ p.m. |  | ☐ a.m. ☐ p.m. |
| --- | --- | --- | --- |
| Primary phone | Best time to call | Secondary phone | Best time to call |

XXXXX3597 00    HUGH 55 0 201312



REFUSAL FOR CAUSE

| Notice | LT11 |
|---|---|
| Notice Date | March 10, 2015 |
| Taxpayer ID number | |
| Case reference number | |

Page 3 of 4

**REFUSED FOR CAUSE**

## What you need to do immediately — continued

## About Federal Tax Liens

The tax lien is a claim against all of your property that arises once you have not paid your bill. If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien at any time, if we haven't already done so. The Notice of Federal Tax Lien publically notifies your creditors that the IRS has a lien (or claim) against all your property, including property acquired by you after the Notice of Federal Tax Lien is filed. Once the lien's notice to creditors has been filed, it may appear on your credit report and may harm your credit rating or make it difficult for you to get credit (such as a loan or credit card). It cannot be released until your bill, including interest, penalties, and fees, is paid in full, we accept a bond guaranteeing payment of the amount owed, or we determine that you don't owe or the liability is reduced to zero. The lien's notice to creditors may be withdrawn under certain circumstances. You can find additional information about tax liens, including helpful videos, at http://www.irs.gov/Businesses/Small-Businesses-&-Self-Employed/Understanding-a-Federal-Tax-Lien or by typing lien in the IRS.gov search box.

## If we don't hear from you

If you don't call us immediately, pay the amount due, or request a hearing by April 9, 2015, we may seize (levy) your property or your rights to property. Property includes:

- Wages and other income
- Bank accounts
- Business assets
- Personal assets (including your car and home)
- Social Security benefits

## Your billing details

| Tax period ending | Form number | Amount you owed | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|
| 12/31/2013 | CIVPEN | $5,000.00 | $49.97 | $.00 | $5,049.97 |

## Interest charges

We are required by law to charge interest when you don't pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code Section 6601)

For a detailed calculation of your interest, call 1-800-829-7650.

Continued on back...



REFUSAL FOR CAUSE

| Notice | LT11 |
| --- | --- |
| Notice Date | March 10, 2015 |
| Taxpayer ID number | |
| Case reference number | |
| Page 4 of 4 | |

**Additional information**

- Visit www.irs.gov/lt11
- For tax forms, instructions and publications, visit www.irs.gov or call 1-800-TAX FORM (1-800-829-3676).
- Review the enclosed documents:
  - IRS Collection Process (Publication 594)
  - Collection Appeals Rights (Publication 1660)
  - Request for a Collection Due Process Hearing (Form 12153)
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.