IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

    Plaintiff,

v.

JACOB JOSEPH LEW,

    Defendant.

---

## ORDER

---

This matter is before the Court on the February 20, 2015 Recommendation of Magistrate Judge Michael Wantanabe [ECF No. 25] to dismiss the case with prejudice under Federal Rules of Civil Procedure 16(f) and 41(b). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objection was filed by either party. The Court has reviewed the relevant portions of docket. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that the order is not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court.

2

Accordingly, it is ORDERED that the Recommendation of United States Magistrate Wantanabe [ECF No. 25] is AFFIRMED and ADOPTED.  Plaintiff's claims are DISMISSED with prejudice.  Pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, defendant is awarded his costs.

DATED this 9th day of April, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge