**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

      Plaintiff,

v.

JACOB JOSEPH LEW,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the ORDER, Document No. 33, of Judge R. Brooke Jackson, entered on April 9, 2015, it is

      ORDERED that the Recommendation of United States Magistrate Wantanabe [ECF No. 25] is AFFIRMED and ADOPTED.  It is

      FURTHER ORDERED that judgment is entered in favor of the defendant, JACOB JOSEPH LEW, and against the plaintiff, KEITH WAYNE HUGHES.  It is

      FURTHER ORDERED that Plaintiff's claims are DISMISSED with prejudice.  It is

      FURTHER ORDERED that the defendant is awarded its costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated at Denver, Colorado this 9th day of April, 2015.

                                  FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes
_____
J. Dynes
Deputy Clerk