**Keith Wayne**
**c/o Certified Mail**
454 Buckeye Ave
Eaton, Colorado
[80615]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk,

    Please file this Refusal For Cause in the case jacket of Article III case **14-CV-03405**. This is evidence if the presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original Refusal for Cause in a timely fashion.

**Certificate of Mailing**

My signature below express that I have mailed a copy of Refusal For Cause with the original clerk instruction to the district court. and a copy of this clerk instruction has been mailed Certified Mail to: Judge R Brooke Jackson .

_[signature]_
Keith Wayne

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 APR 22 PM 1:58

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

    Plaintiff,

v.

JACOB JOSEPH LEW,

    Defendant.

---

## ORDER

---

This matter is before the Court on the February 20, 2015 Recommendation of Magistrate Judge Michael Wantanabe [ECF No. 25] to dismiss the case with prejudice under Federal Rules of Civil Procedure 16(f) and 41(b). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objection was filed by either party. The Court has reviewed the relevant portions of docket. Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct, and that the order is not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Therefore, the Court ADOPTS the Recommendation as the findings and conclusions of this Court.

1

Accordingly, it is ORDERED that the Recommendation of United States Magistrate Wantanabe [ECF No. 25] is AFFIRMED and ADOPTED. Plaintiff's claims are DISMISSED with prejudice. Pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, defendant is awarded his costs.

DATED this 9th day of April, 2015.

BY THE COURT:

R. Brooke Jackson
United States District Judge

*REFUSAL FOR CAUSE* (handwritten across page)

454 Buckeye Ave
Eaton, CO 80615

Served by
US Marshal

CERTIFIED MAIL

7014 1820 0001 7537 9593

Judge R. Brooks Jackson
United States District Court
901 19th Street
Denver, CO 80294

80294

U.S. POSTAGE PAID
EATON, CO
80615
APR 20, 15
AMOUNT
$3.79
00055930-05