**Orders on Motions**
1:14-cv-03405-RBJ-MJW Hughes
v. Lew

ALLMTN,MAGR

U.S. District Court

District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2015

JEFFREY P. COLWELL
CLERK

**Notice of Electronic Filing**

The following transaction was entered on 4/9/2015 at 7:48 AM MDT and filed on 4/9/2015
**Case Name:** Hughes v. Lew
**Case Number:** 1:14-cv-03405-RBJ-MJW
**Filer:**
**Document Number:** 42

**Docket Text:**
ORDER adopting [25] Report and Recommendations. Plaintiff's claims are DISMISSED with prejudice. by Judge R. Brooke Jackson on 4/9/15.(jdyne, )

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden     jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/9/2015] [FileNumber=4957670-0]
[644744fe2e81a857167f8739176bc06024fa5ed846d8d99aa2a221b37504010d2a9b
a3c1fe319b1e1dff2a05504f5c2b6985d49257f068daa0b7dc48044e53a0]]

(Handwritten across document: "Refusal for cause")

**Orders on Motions**
1:14-cv-03405-RBJ-MJW Hughes v. Lew

ALLMTN

### U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 4/9/2015 at 7:59 AM MDT and filed on 4/9/2015
**Case Name:** Hughes v. Lew
**Case Number:** 1:14-cv-03405-RBJ-MJW
**Filer:**
**Document Number:** 34(No document attached)

**Docket Text:**
ORDER finding as moot [29] Motion for Default Judgment in light of the dismissal of the plaintiff's case with prejudice. by Judge R. Brooke Jackson on 4/9/15. Text Only Entry(jdyne, )

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden    jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

*[Handwritten across page: "REFUSAL FOR CAUSE"]*

## Other Orders/Judgments

1:14-cv-03405-RBJ-MJW Hughes
v. Lew

ALLMTN

U.S. District Court

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 4/9/2015 at 8:07 AM MDT and filed on 4/9/2015
**Case Name:** Hughes v. Lew
**Case Number:** 1:14-cv-03405-RBJ-MJW
**Filer:**
**WARNING: CASE CLOSED on 04/9/2015**
**Document Number:** 35

**Docket Text:**
FINAL JUDGMENT in favor of the defendant, Jacob Joseph Lew and against the plaintiff, Keith Wayne Hughes. by Clerk on 4/9/15. (jdyne, )

**1:14-cv-03405-RBJ-MJW Notice has been electronically mailed to:**

Jennifer Yu Golden    jennifer.y.golden@usdoj.gov, western.taxcivil@usdoj.gov

**1:14-cv-03405-RBJ-MJW Notice has been mailed by the filer to:**

Keith Wayne Hughes
454 Buckeye Avenue
Eaton, CO 80615

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=4/9/2015] [FileNumber=4957729-0]
[3ccce26d5a6c49203969aec56a4833ea673667cca6acf63b2199bb7cdfdb79ab6d4a
7ac73d1f78ecadac747ee7aabd33c1911ec3fdd372811351c000a4209a92]]

*(handwritten across page: "REFUSAL FOR CAUSE")*