**Keith Wayne**
**c/o Certified Mail**
454 Buckeye Ave
Eaton, Colorado
[80615]

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 28 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado [80294]

Dear Clerk,

    Please file this Refusal For Cause in the case jacket of Article III case **14-CV-03405**. This is evidence if the presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original Refusal for Cause in a timely fashion.

**Certificate of Mailing**

My signature below express that I have mailed a copy of Refusal For Cause with the original clerk instruction to the district court. and a copy of this clerk instruction has been mailed Certified Mail to: J Dynes/ Jeffrey P Colwell.

_Keith Wayne_
Keith Wayne

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Sent To: J Dynes/ Jeffrey P Colwell
Street & Apt. No., or PO Box No.: 901 19th Street
City, State, ZIP+4: Denver, CO 80294

7014 1820 0001 7537 9609

PS Form 3800, July 2014     See Reverse for Instructions

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03405-RBJ-MJW

KEITH WAYNE HUGHES,

    Plaintiff,

v.

JACOB JOSEPH LEW,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER, Document No. 33, of Judge R. Brooke Jackson, entered on April 9, 2015, it is

ORDERED that the Recommendation of United States Magistrate Wantanabe [ECF No. 25] is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that judgment is entered in favor of the defendant, JACOB JOSEPH LEW, and against the plaintiff, KEITH WAYNE HUGHES. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED with prejudice. It is

FURTHER ORDERED that the defendant is awarded its costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 9th day of April, 2015.

                                      FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes
_____

J. Dynes
Deputy Clerk

*REFUSAL FOR CAUSE* [handwritten across page]